Yvonne Ya-Wen Feng
379 8th ST. #108
Oakland CA 94607
Tel: (341)213-9007
Yvonneaah@yahoo.com
Pro Se

FILED
AUG 05 2025
IFP Copies
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE YA-WEN FENG<br>Petitioner/Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER; BERKELEY EMERGENCY MEDICAL GROUP INC.;ER CHRISTOPHER CHEN, MD; ER ABANOUB PAUL SAMEH HANNA, MD; PSYCHIATRIST ANITA S. RAMANATHAN, MD; RODIALOGIST SHUKLA ANSHU MD; FALCK ALAMEDA COUNTY; RATCLIFF-JONES ALEXANDER EMT AND A GROUP OF UNKNOWN AGENTS OF FEDERAL BUREAU INVESTIGATION<br><br>Respondent/Defendant | Case No.: CV25 6598 JCS<br><br>**COMPLAINT** |

# I. INTRODUCTION

Plaintiff YVONNE YA-WEN FENG, appearing pro se, files this Complaint for damages and injunctive relief against the above-named Defendants for a coordinated pattern of constitutional violations Federal Conspiracy, Fourth, Fifth, Eighth Amendment under Bivens; Civil Conspiracy to Violate Civil Rights, Medical malpractice, False Arrest and False Imprisonment, Assault and Battery, Negligence, Identity Theft, Fraudulent billing, Civil Conspiracy to Obstruct Justice and Conceal, Civil Conspiracy to making up evidences to cover up crime and Civil Conspiracy to Accessory of the Fact. all of which were allegedly orchestrated with participation or influence from rogue FBI agents acting outside legal authority.

# II. JURISDICTION AND VENUE

- This Court has subject matter jurisdiction over Plaintiff's federal claims as they arise from Federal Conspiracy, Fourth, Fifth and Eighth Amendment under Bivens, pursuant to 28 U.S.C. § 1331 Federal Question, 28 U.S.C. § 1343 Civil Rights Violations, including Bivens, 42 U.S.C. § 1983 and 42 U. S, C. § 1985(3). This Court also has supplemental jurisdiction over related state law claims under 28 U.S.C. § 1367, as they arise from the same set of facts as the federal constitutional violations alleged herein.
- Venue is proper in the Northern District of California under 28 U.S.C. § 1391(b), as the events giving rise to this action occurred in Alameda County, California, within this judicial district.

# III. PARTIES

1. Plaintiff YVONNE YA-WEN FENG is a natural Canadian Citizen residing in Oakland, California, and is a registered inventor and diabetic II patient who alleges malicious retaliation by FBI personnel.

2. Defendant Alta Bates Summit Medical Center a private entity is a California nonprofit corporation, which operates three campuses in different locations. Including Summit Campus 350 Hawthorne Avenue Oakland, CA 94609 (510)655-4000; Alta Bates Campus 2450 Ashby Avenue Berkeley CA 94705 (510) 204-4444; and Herrick Campus (psychiatric facility) 2001 Dwight Way Berkeley, CA 94704 (510)204-4444.

3. Defendant BERKELEY EMERGENCY MEDICAL GROUP INC. (BEMG) a non-registered entity, non-registered agent and address who may be a fraudulent company that provides physician staffing services to Alta Bates Summit Medical Center.

4. Defendants ER CHRISTOPHER CHEN, M.D. and ER ABANOUB PAUL SAMEH HANNA, M.D. both are BEMG's employees, and agents in Alta Bates Summit Medical Center; Psychiatrist ANITA S. RAMANATHAN, MD and RADIOLOGIST SHUKLA ANSHU MD are employees or agents in Alta Bates Summit Medical Center. All defendants are private physicians are sued in their individual and professional capacities.

5. Defendant FALCK ALAMEDA COUNTY a private entity is an ambulance service company providing medical transport services in Alameda County. 325 Fallon St, Oakland, CA 94607 (510) 8468270.

6. Defendant EMT RATCLIFF-JONES ALEXANDER a private paramedic in Falck Alameda County is sued in his individual and professional capacities.

7. DOE DEFENDANTS are currently a group unknown agents of Federal Bureau of Investigation who conspiring the medical professions and staffs in the acts alleged herein, are sued in their individual capacity. Plaintiff will amend the complaint once their identities are known.

## IV. STATEMENT OF FACTS

1. **BACKGROUND**: Plaintiff Yvonne Ya-Wen Feng is a registered and licensed Inventor of a non-invasive therapy saving lives, which may affect "Big Pharms"s profits, and under FBI's fraudulent investigation since later 2012. Plaintiff is a victim of malicious persecution by corrupted FBIs and Pharmaceutical companies who alleged Plaintiff with mental illness and delusional to against or discredit her Invention. These FBI mobs are a group after group stalking, hacking, defaming and attacking everyway plaintiff goes and everyday 24/7 surveillances over 12 years and many countries. Spread drugs at her to make her pass out first, then injecting Plaintiff with Toxic Chemicals or put poisons into her foods, stolen evidences or documents from her backpack, using radiations to shoot her every night while sleep. If these FBIs cannot do it, they would make other people do it for them under Color of Federal Law, to retaliate Plaintiff who want to innovate the medicines and health care. An ongoing case in US federal court. **4:24-cv-07539-JST.**

2. On Aug. 26 2024 early morning at 379 8th St. #108 Oakland where I live, I felt extremely sick from radiation and after ate poisoned foods. Nausea, abdominal pains. I called 911 police and need medical attention. Police never came neither an ambulance. Therefore, I called ambulance myself, admitted to Summit Campus Emergency Oakland Alta Bates Summit Medical Center. ER MD Wu. Christopher Chen in Emergency room was crowing his eye brow walking around me never touched or exam my body, impatiently listen to what I described my condition, then denied they find anything acute to be Emergency from CT Scan report, and forced me leave the hospital. I told him that if they didn't find any new injuries on CT Scan, they should find existing older injuries on images, such as holes(damages) or marks on my liver. He denied anything on my liver from CT scan, he didn't believe I was in pain. However, my pains were still there and persistent, except some IV in beginning after admission reduced some symptoms. I knew someone has replaced my CT scan images, or the scan report was altered. I do not have

proven for the new pains in my stomach, but I have proven for the old injuries such as multiple scars of broken ribs, holes(damages) on liver and fatty liver which did not show on the Scan Report. I brought two images of Ultrasound from China; although these images have stolen, but I saw my own liver has a group of small holes from poisoning over period of years. Second image's holes are much larger after a year's more poisons. Now I have a couple years more poisoned after I came back to US on Oct. 10 2023. The wounds only can be worse but healed. In addition, I have history of fatty liver and Scars from Second to Ninth in right ribs. I had a big accident and broken eight ribs in Nov. 2020. None of these damages shows on scan diagnostic. I knew my CT Scan report was altered. I also noticed the name on my CT scan was incorrect too. Someone deliberately keeps drop off my last name on the image record, although administrator has corrected. However, the discharge paper still kept the wrong name, I went back in to correct my name second time. I complained to Rose patient relation department this matter right after I left Emergency room. Then I went to the branch hospital Alta Bates Campus Emergency in Berkeley for further pain help. Exhibit **"A"** a copy of CT Scan report dated Aug. 26 2024 in Summit Emergency. The CT Scan report did not state any damages on my liver, neither old injury scars such as multi-Fractures scars on right ribs. It stated "Osseous structure: no fracture. No aggressive osseous lesions. Soft tissues: Unremarkable". The Radiologist deliberate making a statement without mention multi old fractures or scars. Munipulate the words to cover-up the significant trauma with eight fractures ribs in past, that FBI mobs orchestrated a plot made me fell off from scooter in Nov. 2020, and denied the damages in liver. The CT image might also have been replaced. I don't have the new injury images to prove, but I have old injury images or reports to prove. Attachment exhibit **"B"** a copy of CT Scan report I brought from China that I had eight broken ribs scars on right side from Second to Ninth, Angiomyolipoma in right kidney, and Adrenal nodule dated Dec. 12 2020 Shanghai China 上海市第六人民医院影像（放射科）诊断报告. See attachment **"C"** a copy of CT

Scan report in Chinese and English that my heart was abnormal, T Wave Changed, Angiomyolipoma in right kidney 21x15mm, and Multiple old fracture in the right ribs, in Sep. 22 2021 Shanghai China. 上海国际旅行卫生保健中心. Both reports in Chinese and English have proved Radiologist Shukla Anshu MD has altered and misdiagnosed CT scan report, cover-up my liver damages and multi-Fractures provided a false information intentionally misleader. The people want him alter my records are FBIs, they want to cover –up the damages evidences they have caused. Knowingly joint and willful conspiring with FBIs fraudulent misdiagnosis of CT scan.

3. Attachment exhibit **"D"** a copy of prehospital lab record in ambulance Oakland dated Aug. 26 2024, it showed blood pressure 128/82, blood sugar 345. These BG and BP level are not my normal level. See attachment **"E"** a copy of medical records with a wrong name Yvonne Ya-Wen in Summit Emergency Oakland dated Aug. 26 2024 after admission. 15 minutes after from the previous test, my blood pressure is 114/80 and blood sugar was 249 which came down to my normal levels before I got into ambulance. It indicates chemicals has intervened. I have no memories of injections or uses chemicals. Unless someone spread drugs at me to put me into unconscious to do so. The only person had a chance to do it would be Paramedic Ratcliff-Jones Alexander, EMT-Basic (California)-E183457, incident #9824101545 Falck. There are no records on documents he used any medications during ambulance. He is a basic EMT was not allowed to do IV injections including insulin. But he did injection to me, or my BG 249 at home would never jump to 345 and BP jumped from 114/80m at 2:58am to 128/82 at 3:14am in 15 minutes. Another 15 minutes later after admission, my Blood sugar drop down to normal at 249, and BP came down to 114/80 at 3:29am. If there was not a chemical interfering, it is impossible BP and BG level can swing so high and quick. The ambulance has security cameras can prove it. The dose of Toxic Chemicals was provided by FBI as the same as they were doing to me every day. I have Diabetes II, BG at 249, because I have been

drugged or poisoned by these organized crime (FBI mobs) for many years. Each time my BP or BG would go up crazy is after drugged or poisoned. Attachment exhibit **"F"** a copy of Falck ambulance record BLS service in Oakland dated Aug. 26 2024.

4. Either my CT Scan image is replaced or Radiologist has altered my report, my liver was normal on the report. My Urine tested was also negative that was also altered by lab technician. My stool came out was black a couple days before this incident, my stomach was in pain ever since. ER doctor Wu. Christopher Chen MD never was interested my pains, but was focused on my mental. Exhibit **"X"** a copy of medical bill of BEMG stated my Ed visit record on Aug. 26 2024 in Summit Emergency, service Level 5 diagnosis Code R10 12 which is mental overseen. Where he got this mental or Psychiatric information from? I came in for pains and nausea, I did not write psychiatric issues on my face, and no signs of mental mis-behavior. He denied I have acute pains and forced me out the room. It's clear that he doesn't believe me having pains, misleader by fraudulent CT scan report, that my pains and sickness are all delusions under influence or conspired with and in the direction of FBI malicious prosecution, Knowingly joint and willful conspiring with FBI refused to treat me.

5. On Aug. 26 2024 noon, two FBI mobs followed me into Alta Bates Campus Emergency Berkeley Alta Bates Summit Medical Center, they were at the reception counter while I was waiting to admit in hospital. The security cameras can prove who were these people. I insisted use Ultrasound to exam my liver in Alta Bates Emergency room, because it can be seen in front of people, including ER MD, Abanoub Paul Sameh Hanna, me and the nurse. It's different from CT Scan which can only be seen by Radiologist who can wrote anything in the report. A larger black hole on my liver displayed on the Ultrasound screen. The group smaller old holes have melted into a larger hole, and also with the fatty liver which did not show on my previous CT scan images. Therefore, the CT scan on my hospital records may not mine. My real CT scan image

was registered under a different name. Yvonne Ya-Wen. ER Paul S. Hanna MD stopped me to photo or video the Ultrasound screen, cited it's not allowed. Someone wants to cover up the damage evidences from poisoning. Blaming all the pains I was complaining are in my head. Although I have proved my liver has damages and the CT scan images or report was altered to ER, but the facts didn't stop ER MD Abanoub Paul Sameh Hanna collaborating with FBI issued certifications of 5150 involuntary orders to detain me in hospital for 72 hours, because of I complained FBI was stalking me and altered my medical records. To made sure ER MD knew the circumstances, I provided him with my license and my psychiatric diagnosis in 2012 Canada, that I am a registered and licensed inventor under persecution by corrupted FBI and my medical record can prove me I did not have psychiatric problems, because my invention will affect 'Big Pharms" business. I warned him that FBI will follow me in to defame me as a mental illness woman, but he knowingly joint and willful conspiring with FBI made up fraudulent misdiagnosis with Psychosis and delusional, issued 5150 Hold and prescribed psychiatric drugs to inject without consent. He never provided a report of Ultrasound which the large black hole on my liver, detained me without meet 5150 criterial. The high-level of BG and BP records showed Nurses in hospital injected psychiatric drugs or Toxic Chemicals intent to harm me in Alta Bates Emergency without acknowledge or consent. See attachment exhibit **"G"** is a copy of the order 5150 involuntary hold on Aug. 26 2024 in Alta Bates Emergency Berkeley. ER signed his name in law enforcement's form to cover-up the identity of FBI. 5150 order involve both clinic and legal requirement standards. ER MD Abanoub Paul Sameh Hanna has authority to order 5150 hold for clinic certification, but he does not have authority to replace law enforcement for legal certification. It needed two piece-certifications to issue a 5150 order. He claimed that I have delusions of persecution by FBI and Gravely Disabled dated Aug. 26 2024 in Alta Bates Emergency Berkeley, and meet the criteria of 5150 Gravely Disabled when I am not. Exhibit **"H"** a

copy of Psychiatric medication ordered by ER MD Abanoub Paul Sameh Hanna on Aug. 26 2024 without my consent.

6. 5150 Hold request the criteria: A. danger to self. B. danger to others. C. Gravely Disabled unable to have food, clothing and shelter. ER MD Abanoub Paul Sameh Hanna clearly knew I have food, clothes and shelter with an address I registered with hospital. He faked the diagnosis, ordered 5150 detentions and forced psychiatric drugs without consent. I complained FBIs were stalking me and my medical records were altered which doesn't make me mentally ill or delusional. I am consistent for all the allegations against FBI agents. ER MD Abanoub Paul Sameh Hanna is a well-trained profession. He knew the proper procedures of 5150 involuntary is strictly required and complied under the law. He will not miss the important step of law enforcement officer's order in the process of procedure. It was he knowingly conspiring with FBI issued two piece- certifications of 5150 in Alta Bates Emergency Berkeley, but conceal the 5150 order of FBI.

7. On Aug. 27 2024 morning right after 12:00am, hospital Internal Patient transporters (unlicensed hospital staffs) came to transfer me to Harrick Campus Psychiatric Facility Alta Bates Summit Medical Center after hours being hold on the hall way in Alta Bates Emergency Berkeley. I was agitated, angry and rejected transporter team. Stated: **it's against my will and I refused to comply**. They told me that I was under their 5150 involuntary order. While I was resisting them, the female transporter put a Velcro wrist on my left wrist and tighten up, my left hand and wrist turned into bruises immediately, I screamed the pains. She told me that the tighten will be worse if I continue resist. After around 15 minutes' lock-up, I gave up fight because they have a group people around me, were going to using physic force to remove me to the ambulance's table as the same as they did it to previous psychiatric patient. I was furious, scared and defenseless but I have no choice, so I went with them, into an ambulance (unlicensed). There was no law enforcement officer on the scene during the fight and transportation

entirely. There are security cameras can prove all. The moment I arrived Herrick Campus, Nurses there immediately took blood samples and tested my BP and BG. I heard the female nurse shout my BP was over 200/?m and BG was over 500. Later the records proved my BP was 206/85m, but my BG records are missing. Urine sample was taken after I got into a patient room, reports are also missing. It shows someone deliberately deleted or conceal the records to destroy the evidences of poisons or Toxic Chemicals injections. Someone was injecting drugs after they put me into unconscious during transport. I have had no memories for taking any medications during transferring. The drug injection was set at killing mode. Normally if these are real medications or low dose of Toxic Chemicals which may make my BG and BP higher, but BP never would go up to 206/85m, neither BG would go up to 500. Most times, only BG went up to roof and BP would go up higher a little after injection of Toxic Chemicals. Never would be both BG and BP up to roof at the same time. When both BG and BP were so high at the brink of crash point, it shows someone set a large dose or mixed different Toxic Chemicals intent to kill me instantly or quickly. The person did this dose shoot would be the female transporter. It would be FBI who provided her the dose. Knowingly joint and willful conspiring with and in the direction of FBI malicious prosecution, injected the Toxic Chemical. Also, I saw she passed documents to the nurse count. Under my demand that morning, the registered nurse in Herrick Campus showed me two-piece certifications of 5150 Involuntary order. ER MD Paul Hanna issued a 5150 Hold for clinic evaluation. The FBI issued another order for legal prove requirement. Although I did not see any law enforcement officer entirely in transferring.

8. I got an invoice statement from Falck Alameda County. Exhibit **"I"** a copy of Falck ambulance billing claimed insurance under my name Yvonne Ya-Wen dated Mar. 13 2025. The name on the statement was wrong again as the same as Summit Emergency admission. It's clear that someone deliberately dropped off my last name for an

unexplained reason. On the statement, the first ambulance BLS A0429 was I voluntary called at 2:00am morning Aug. 26 2024, the Second ambulance ALS A0427 was called in by (hospital) in the evening Aug. 26 2024. Transported me after 12:00am Morning Aug. 27 2024 from Alta Bates Emergency Berkeley to Herrick Campus Berkeley. I requested Falck record department to release the ALS A0427 service information, and they denied have any records. Under dement, they admit they never provided the service. It was a false claim. Because hospital Alta Bates emergency found I was requesting them releasing the ambulance company and investigating the case, they know they would get caught. They asked Falck ambulance to come-up to claim the service on the invoice, which made the transportation the day look like legit. Unfortunately, Falck cannot provide the service in Berkeley City. Ambulance provider in Berkeley City is Fire Department Berkeley, and is an only provider in Berkeley. Falck ambulance is not contracted or allowed to provide services in Berkeley. Falck knew they got caught, regretted it and denied they provided the service the night in Berkeley, and reversed the invoice statement now. Exhibit **"J"** is a copy of email from Falck supervisor Waynette Freeman dated Apr. 30 2025. Falck Ambulance was cooperating with Alta Bates Emergency to cover-up the fraudulent transferring. They claimed they provided service on Aug. 26 night or Aug. 27 morning 2024. Later they realized seriousness the matter, they backed up. Denied and erased the service transaction.

9. The released records of transportation summary of Alta Bates Emergency claimed, that they used Falck Ambulance transported me from Alta Bates Emergency Berkeley to Herrick Campus Berkeley which is a complete fraud. Hospital was using their unlicensed internal patient transporter team to transfer psychiatric patient under 5150 hold, but claimed insurance in the name of Falck a professional Paramedic transportation services to defraud patient's Medi-Cal insurance. They never paid to Falck, but put the reimbursed money into their own pocket. Falck would never knew someone

would use their name to claim insurance, because they did not provide the service. Alta Bates Emergency are not only defrauding patient's insurance, failed to followed 5150 procedural rules, they also Identity Theft Falck ambulance. These frauds not only happened to me, but to all the patients in Alta Bates Summit Medical Center for many years. Amount they defraud would be enormous for so many patients and over the period of so many years.

10. On the released records of transportation process on Aug. 27 2024 morning 14 minutes after 12:00am, ED notes by Peng and Teresa RN stated transportation used EMS-Company: Pro-transport Unit:293. Pro-transport 293 is a non-Emergency Ambulance which are not permitted or licensed and cannot provide Emergency service to 5150 psychiatric patients. Except the note named the entity on transportation process sheets, there are no any other evidences proved Pro-transport 293 was the real service provider the night. Exhibit **"K"** a copy of transport process records stated Pro-Transport Unit 293 was the provider on Aug.27 2024 in Alta Bates Emergency.

11. Alter Bates Emergency know themselves a scheme, recently were using Falck ambulance services run sheets included in the released records and pretend these records are evidences of Falck service. Someone in Alter Bates Emergency have been making -up and fake evidences to cover-up their wrongdoing. They used my Falck ambulance records on Aug. 26 2024 morning (first ambulance), claimed to be the unlicensed ambulance service on Aug. 26 2024 night and Aug. 27 2024 (second ambulance). Exhibit **"L"** is a copy of Falck ambulance run sheet of Alta Bates Emergency's Transportation Summary, cited Falck services was provided on Aug. 27 2024 in Alta Bates Emergency. Both exhibits "F" and "L" are the same documents, except documents "F" are the real Falck run sheet, and "L" are faked. Someone deliberately made papers so small and blurred, so nobody can read it. Comparing these same documents in different copies: **a.** Ambulance picked me up at where I live New Gold Medal Restaurant 389 8th ST.

Oakland **b.** I was admitted in Summit Emergency Oakland, never was Alta Bates Emergency Berkeley **c.** date was Aug. 26 2024 morning, not Aug. 26 2024 evening, neither on Aug. 27 2024. Someone in Alta Bates Emergency has intentionally fabricated records to make-up evidences to cove-up they failed to follow 5150 procedures which made 5150 hold unlawful.

12. Under California EMS (Emergency Medical System) protocol or law. Transfer a psychiatric patient under 5150 involuntary order inter-hospitals, request transport with a licensed ambulance and licensed paramedic team, and escort by a peace officer. Alta Bates Emergency used their internal hospital transporters who has no licenses, with an unlicensed ambulance, and without a peace officer on the scene. This has violated California state 5150 procedural rule, EMS protocol or regulations. Also they could not claim the professional transportation fees from Medi-Cal, so they claimed in the name of Falck. I saw the Psychiatric patient next table was screaming and yelling before they transport her with forceful remove, without a peace officer present. Without a law enforcement's order of 5150 or present onsite to transport a patient which made transportation unlawful in the forceful involuntary transfer. It puts Patient and others in danger. Unlicensed transporters have no any rights using excessive force to transport me while I was not in the situation danger to myself or to others, neither gravely disabled. They have violated every law or protocol and commit crime. It's a law enforcement officer's responsibility onsite to execute the transport physically in conflicts, following proper procedures and legal requirements for such involuntary transfer. Alta Bates Emergency are professional institution knowing 5150 hold also have requirement for law enforcement collaborate. They will not miss the procedural requirement of a law enforcement to sign legal certificate of 5150. But they refused to release the name of FBI who signed 5150 to cover-up, knowingly joint and willful conspiring with FBI, in the direction of malicious prosecution. Alta Bates Summit Medical Center have to take full

consequences and responsibilities for unlawful detention and commit False Arrest or False Imprisonment, and the responsibilities of Internal transporters injected poisons into my body which has commit crime Assault and Battery.

13. On Aug. 27 2024, Psychiatrist Anita S. Ramanathan MD 90792 acted in the interests of herself and Harrick Campus for financial gains, in the direction of FBI's malicious persecution, intentionally claimed Plaintiff has history Psychosis now with somatic delusions, pressured speech and bizarre ideation. She also claimed that Plaintiff's Primary Diagnosis is unspecified Schizophrenia Spectrum and other Psychotic disorder F29. She ordered to restart Risperdal at 1mg, and ordered 5250 Involuntary hold for additional 14 days more on top of 5150 72 hours hold, or even more later. She claimed that I meet the criterial of Gravely Disabled, stated I am too delusional to meet needs for food, clothing and shelter. Although she knows it was never a truce. I explained to her that my situation of persecution by FBIs. It was completed ignored by her. She went on ordered Psychotic medications which was mixed in my meals or injections without my consent and acknowledges. Setting up a hearing date on Aug. 28 2024 to obtain an order to force me take her medications and treatments, because I rejected to sign the consent agreement of their medications and services on the date of admission. Regardless how much I against her order that I did not have any delusions or mental illness. She intentionally joint and willful conspiring with and in the FBI's direction malicious prosecution, deliberately misdiagnosed and enforced the 5250 order and forced me taking Psychotic medications without consent. Team-up with hospital staffs and drugged me in my meals, and injected me after I was unconscious (they might spread drug at me to made me pass out). Because I have had no memories for taking any medications in Harrick Campus, neither agreed to take any. The worst is the medications they injected were not real, these are Toxic Chemicals provided by FBI mobs. The extreme high-level of BP and BG records proved that I was drugged by Toxic Chemicals.

14. Exhibit **"M"** is a copy of the Diagnosis dated Aug. 27 2024 in Harrick Campus cited history Psychosis and unspecified Schizophrenia Spectrum and other Psychotic disorder F29. Which makes none sense, baseless and groundless. Where did she get these Primary Diagnosis Schizophrenia and History Psychosis information from? I have never been in any hospitals in USA all my life. I never meet this woman before. No medical records of Psychosis in the hospitals. It was someone in Canada 2012 framed me unspecified Schizophrenia Spectrum and other Psychotic disorder F29 during a lease dispute with my ex-landlord, I went into hospital voluntary for exam to prove that I did not have any mental illness in order to get police's protection, and I did not take their medications in hospital. In 2019, I found out my records was altered and filed a Complaint to College of Physicians and Surgeons in BC Canada about these fraudulent misdiagnosis, College File No: IC 2019-1077. Exhibit **"N"** a copy of final discharge diagnosis "Paranoia not yet" by psychiatrist Gordon William MacEwan MD in Canada on Sep. 5 2012. He never diagnosed me Psychosis or Delusional. Where Psychiatrist Anita S. Ramanathan MD got all this history of my information from? Why my confidential medical records 12 years ago in Canada would cross the board and ended on the desk of Psychiatrist Anita S. Ramanathan MD in USA. The information she has are more than she supposed know. It's clear that it was FBIs provided her these information feeding her my medical history from Canada more than she should know. Attachment exhibit **"O"** a copy of a certification of 5250 involuntary order for 14 days issued on date Aug. 27 2024 in Herrick Campus. She knowingly joint and willful conspiring with and in the direction of FBI ordered 5250.

15. Attachment exhibit **"P"** a copy of her discharge diagnosis dated Aug. 29 2024, she changed diagnosis to a new one, that I have history of HTN and DMII Psychosis (Hypertension and Diabetes II) instead of history Psychosis. Because she knew her previous diagnosis History Psychosis and Unspecified Schizophrenia Spectrum and other

Psychotic Disorder F29 were unsupported. To cover-up her lies for faking diagnosis. She used my high-level BP and BG as excuses or bases from the Nurses' records, so she had grounds for the diagnosis, but she had to change history Psychosis to HTN, DMII Psychosis. All my life I have a good and stabled blood pressure in consistent under 120/80. My blood sugar between 190- 250 in recent years, and I have a healthy lifestyle. Never in my life my blood BG and BP will go up to 206/85m and 500, unless these are Toxic Chemicals. The hospital has consistent records on my high-level BP and BG, because they want to use these records as evidences making up the ground for Psychiatrist Anita S. Ramanathan to diagnosis HTN and DMII Psychosis, to prove she did not fake her previous diagnosis of Psychosis and Schizophrenia, the crime she made. While these Nurses injecting Toxic Chemicals into my body, they found out my BG and BP would go up crazy after injection, so they used these records to make up the grounds for HTN, DMII psychosis. The real records of high-level could be much higher than they wrote and many records are missing. According the daily high-level BP and BG on the records, indicated they were poisoning me entirely in these few days. They wanted help to cover-up Psychiatrist faking diagnosis, but they leaked information of poisoning me. The consistent of records can prove Nurses in hospital committing crimes.

16. Exhibit **"Q"** is a copy of the Psychiatric Prescription order by Psychiatrist Anita S. Ramanathan without my consent dated Aug. 27 2024 in Herrick Campus. She was planning for me staying in hospital longer and force me taking medications. If I wanted to get out hospital I had to say I am better, so she can claim it was her medications made me better, which proves I was sick and had real Psychosis as facts. She was knowingly joint and willful conspiring with and in the FBI's direction malicious prosecution, use these psychiatric records as evidences to claim in public that my invention was a delusion to discredit me or revoke my license. In addition, she was

collaborating with Herrick campus administrative to Identity Theft and defraud Medi-Cal insurance for billing.

17. During Aug. 27-29 2024 stay in Herrick Campus. I stopped take any hospital meals after I found out my BP and BG level are extremely high, and ate snakes instead, I knew FBI would follow me into hospital and made Staffs or Nurses drug me in meals without my consent or notice. I would wash the meats before ate or ate another patient's meal. At nights, the Nurses would shoot radiation at me from their phones while they were escorting my next table patient during I sleep. I had to use pillows or anything to cover up my body during these nights, and change positions to sleep. Security Cameras in the room or hospital can prove it. I cannot complain to hospital without evidences, or I would be consider having delusions, and never be able to get out the hospital. I am knowledgeable about my body's change, because I have been poisoned repeatedly for all these years. I have rejected all the insulin to prevent someone may use Toxic Chemicals replace the Insulin. I have no memories that I have taken any medications in hospital Harrick Campus and never signed consent agreement of taking any. However, the medical records released recently has proved the hospital was putting drugs in my meals and injected drugs into my body while they put me into unconscious without my consent or acknowledge. The Nurses (not all the nurse) who doing the lab test would inject Toxic Chemicals into my body before check my BP and BG level. I noticed the Nurses would wait for a while for no reasons before perform the test of blood pressure and sugar level. Now I know that they were waiting the Toxic Chemicals really run into my whole body, so they can see if my BP and BG level go up crazy, which means the Toxic drugs have affected my body, and made sure I was harmed. The high-level BP and BG displayed in front of me also could made myself believed I have HTN and DMII in real. At that time, I was not understanding why my BP and BG level could be so high in hospital "without any drugs", which never be such high-level when I was at home. Why the Nurse would

sit there and waited for some time before perform the test? It is because while I avoid take their drugged meals, my BP and BG level came down to be normal. The best time to prove me that I have DMII and HTN is after drugged me with Toxic Chemicals. They can harm me and demonstrate high-level BP and BG which I can see, helping Psychiatrist make up the ground or basses for diagnosis HTN and DMII psychosis. Exhibit **"R"** a copy of records for processing the medication by injections and mix with meals without my consent or acknowledges on Aug. 27 2024 in Herrick Campus. Exhibit **"S"** a copy of lab test records for Blood Sugar level from Aug. 26- 29 2024 in Alta Bates Emergency Berkeley and Herrick Campus. Exhibit **"T"** a copy of lab test records for Blood Pressures from Aug. 26-29 in Alta Bates Emergency Berkeley and Herrick Campus. Which proved some Nurses intent to harm me, knowingly joint and willful conspiring with and in FBI's direction malicious prosecution.

18. I met another involuntary patient in Herrick Campus. She was in a court process, and a conflict with a senior-home manager. The manager had a mental health team went into her home and took her into Herrick Campus without any reasons, locked her up for more than one month and ongoing. They deliberately made her missed her court hearing in City Hall. She didn't speak English and nobody help her get out. Hospital forced her taking medications, defraud her Medicaid insurance, and she never had any mental illness or any sign of psychiatric issues. The hospitals have been locking-up normal people into their mental facility to force medications and defraud people's government insurances. Most these people are seniors, low-incomes and none English speakers on government insurance program, who have no knowledge or abilities access the law and rights or too week to fight back. The hospital's internal procedure system made look like comply to procedure of the law, these are lies. Once people are locked in the mental facility, they will never be able get out. All the people who work for legal

procedures are hired by hospital. Sucking the money from these "mental people". The hospitals must have done it for many years, there are more schemes to come.

19. A LIST COMPARISON RECORDS OF BG AND BP

| Date, Time and Place | Blood sugar | Blood Pressure |
|---|---|---|
| Aug. 26 2024 Early Morning In Summit Emergency Oakland | • 345 (paramedic)<br>• 249 | • 128/82 (paramedic)<br>• 114/80<br>• 172/89<br>• 158/7 |
| Aug. 26 2024 Afternoon Alta Bates Emergency Berkeley | • 322<br>• 192 | • 168/90<br>• 171/76<br>• 166/77<br>• 16878<br>• 157/65 |
| Aug. 27 2024 Harrick Campus Berkeley | • 210<br>• 235<br>• 266<br>• 303 | • 206/85<br>• 173/91<br>• 168/97<br>• 154/75<br>• 150/91 |
| Aug. 28 2024 Harrick Campus | • 234<br>• 254<br>• 340<br>• 287 | • 169/89<br>• 120/74 |
| Aug. 29 2024 Harrick Campus | • 220 | • 145/80 |

The highlighted BP and BG level in yellow color were not normal, which means someone has poisoned me with large dose Toxic Chemicals in hospital or in ambulance. Only Aug. 26 2024 early morning after admission in Summit Emergency Oakland, the First test of my blood pressure 114/80 and sugar level 249 in pink color was real. The high-level of BG and BP over 500 or 206/85m is impossible without interfering of Toxic Chemicals. If both BP and BG went up to roof at the same time, it means these people set at the killing mode wanted to kill me fast or quick.

20. Alta Bates Summit Medical Center's records department has refused release all the medical records since Feb. 18 2025 after I requested release, I have to repeat went back to force them. They only released one of the 5150 orders, refused to release the second order of FBI who issued 5150 with ER. They altered records and destroyed many important evidences records. Such as Aug. 27 2024 morning at 1:00am, they took my blood samples right after I arrived Harrick campus, my BP and BG level was extremely high abnormally, but the records only showed blood pressure at 206/85m, no records for the blood sugar level, although both were tested at the same time. Someone has deleted or concealed BG records. They also took my Urine samples at the same morning, but there are no lab records of Urine in Aug. 27 2024. The hospital never provided me the images or a report of Ultrasound diagnosis with a "black hole" on Aug. 26 2024 in Alta Bates Emergency room. All these records were very important evidences of the crime, but the records department refused all. I complained to Mia Boggs in Grievance and Appeal Department, demand to release the missing records and FBI's name. She denied all, and told me in oral that I am not allowed to see the order of 5150 involuntary and wrote a letter to me. Attachment exhibit **"U"** a copy of respond letter from her Dated Mar. 21 2025 in Alta Bates Summit Medical Center, state: Since the physician have completed the training, the presence of law enforcement is not necessary. This is a lie, 5150 procedures require a law enforcement legally prove with certification and present at the sense to

overseen and document the process of transferring, fail to follow these 5150 procedures will be violation of Patient's Constitution Rights. Both Alter Bates Emergency and ER himself will facing the seriousness of consequences and responsibilities. Mia Boggs is knowing FBI committed a crime and deliberate concealing the name of FBI, to obstruct Plaintiff's criminal justice. Knowingly Joint and willful conspiring with and in the direction of FBI malicious prosecution.

21. In recent, I discovered an Medi-Cal account CIN #:91831713H, which is a temporary Insurance account applied by Alta Bates Summit Medical Center, Falck, BEMG and Anita S. Ramanathan MD in the wrong name Yvonne Ya-Wen without my consent or notice. All defendants have a copy of my passport photo with a correct name Yvonne Ya-Wen Feng, but intentional set-up an account with a wrong name to claimed insurances. Because they can claim as much large fees as they wanted to defraud my Medi-Cal. Exhibit **"V"** is a copy of the record that request a medical bed and note of fall risk on Aug. 27 2024 in Herrick Campus. Stated: Yvonne Ya-Wen Feng requires a Medical bed for following reasons. I have never fell, nor had any problems of falling in Herrick Campus, neither requested a medical bed or knowing someone has requested a bed in my name. Herrick Campus made up these falling stories and requested a medical bed from insurance is for themselves, not for me. Exhibit **"W"** a copy of billing statement from Alta Bates Summit Medical Center for Alta Bates Campus and Harrick Campus for Aug. 26-29 2024 paid by Medi-Cal, which charged double fees of regular such as HCHG ED LEVEL 5 $7246 from $3500 and I never needed HCHG ED LEVEL 5 services they forced on me. $3366 from $2000 per day in Herrick Campus. The billing also indicated an adjustment of transaction, $8592 on March 7 2025, which is the price of medical bed they claimed in professional serves section as the same as Falck ambulance. After they found I started an investigation. They knew they might get into troubles, so reversed it from the section. Claimed 4 times of group therapy which I only attended

twice. They never sent me the billing statements and are not itemized. BEMG only sent me a small bill for $940 in the name of Yvonne Feng which is my third name they give to me here. Pretending billing me the invoice with a small amount. Indeed, they claimed much large bills all under the faked account. The faked account has been closed after two months because it's a temporary account. There are more schemes to come accordingly. Now I know why they were insisted to use my wrong name on my medical records in Summit Emergency Oakland admission on Aug. 26 2024. They were planning to defraud my government insurance in my wrong name at the beginning. Patients will not suspect the bill because they didn't get a large bill or received a small bill instead, and cannot find the fraudulent balance outstanding because these are not under their real names, and there would be no account exiting after two months. Nobody would know it until now. Exhibit **"X"** a copy of BEMG billing statement, dated Oct. 6 2024, that using a small bill $940 in my third name Yvonne Feng to cover -up a huge bill claimed in the wrong name of my government insurance. All the bills of Alta Bates Summit Medical Center, BEMG, Falck and Anita S. Ramanathan MD are separated, but they all knowingly team-up to conspire Identity Theft and Billing Fraud my Government's Insurance.

22. BEMG may be a fraudulent company who is without legal registration, non-registered agent of the entity, formal named Berkeley Emergency Physician Medical Group Inc., suspended many years ago. There is only a mail box address on the invoice, but they are working with Alta Bates Summit Medical Center for so many years. Alta Bates Summit Medical Center has been using BEMG claim profession fee for ERs, and defraud patient's government insurance such as Falck profession services and a medical bed needed in patient's name.

23. On Aug 28 2024, I called US Attorney's Office for help. The hospital released me the next day, or I would never get out the hospital. Since the day released, I have lived at home in the same address with a normal life like before I went into hospital. I

never had any mental illness and never need take any medications. So where is the delusions or psychosis from? How these scammers made-up the stories of delusional and psychosis? Except I have PDST now and scared to go to any hospital even though I have medical emergency needs. I missed to get colonoscopy exam due to fear that diagnosis would be altered and detained without consent. The hospital Alta Bates Summit Medical Center with all the defendants have caused me so much Psychological issues, emotional stress, Physical damages or financial losses. I am living in fear to go out to work or social every day. Constantly worrying mental health team going to come to arrest me, and never be able to get out hospital. The scars are left me disabled

24. Requests:

a. Request Alta Bates Summit Medical Center release the order or the name of FBI who issued 5150 involuntary order for detention.

b. Request Alta Bates Summit Medical Center, BEMG and Anita S. Ramanathan MD release all the billing records which claimed Medi-Cal insurances in my wrong name Yvonne Ya-Wen during Aug. -Oct. 2024.

c. Request Alta Bates Summit Medical Center release the records of Blood Sugar at 1:00am, blood test and Urine reports on Aug. 27, and 28 2024

d. Request Psychiatrist Anita Ramanathan MD release the name of FBI who provided the medical information of "Schizophrenia spectrum or Psychosis disorder F29".

e. Request Compensation from Alta Bates Summit Medical Center including all Staffs, Nurses and Administrators: $1,000,000.00 (1 million)

f. Request Compensation from Berkeley Emergency Medical Group Inc. (BEMG) including ER CHRISTOPHER CHEN, M.D. and ER Abanoub Paul Sameh Anna, M.D: $500,000.00

g. Request Compensation from Psychiatrist Anita S. Ramanathan, MD: $500,000.00

h. Request Compensation from Radiologist Shukla Anshu MD: $150,000.00

i. Request Compensation from Falck Alameda County including Ratcliff-Jones Alexander, EMT: $50,000.00

J. Request a Jury trial on all issues so triable.

Plaintiff does not seek duplicative damages against the FBI already sought in Case No. 4:24-cv-07539-JST. This action seeks recovery for district harms caused by conduct of medical personal, including Alta Bates Summit Medical Center: Berkeley Emergency Medical Group Inc.; ER Christopher Chen, MD; ER Abanoub Paul Sameh Hanna, MD; Psychiatrist Anita S. Ramanathan, MD; Radiologist Shukla Anshu MD; Falck Alameda County; Ratcliff-Jones Alexander EMT, who conspiring with FBIs and committed separate actionable offenses.

## V. CLAIMS FOR RELIEF

### Claim 1st. Federal Conspiracy / 42 U.S.C. § 1985(3)

Defendants a group of unknown FBI (names to be determined and substituted when identity is revealed), conspiring with Defendant Radiologist Shukla Anshu MD in Alta Bates Summit Medical Center on Aug.26 2024, fraudulent misdiagnosis CT scan; Defendant ER MD Abanoub Paul Sameh Hanna in Alta Bates Emergency on Aug.26 2024 fraudulent misdiagnosis with delusional and psychosis, unlawful 5150 detentions and forced psychiatric drugs without consent. Defendant Psychiatrist Anita S. Ramanathan MD 90792 in Herrick Campus on Aug.27-29 2024 fraudulent misdiagnosis with psychosis and Schizophrenia, unlawful 5250 detention and force Psychiatric drugs

without consent. Defendants Alta Bates Summit Medical Center unlicensed internal transport team and ambulance without peace officer present, unlawfully transferring Plaintiff in Alta Bates Emergency on Aug. 27 2024. knowingly joint and willful conspiring with and in the FBIs direction to violated Plaintiff's Constitutional Rights Fourth. Fifth, Eighth Amendment, is a violation of Federal Law Conspiracy 42 U.S.C. § 1985(3). Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. Plaintiff is entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **1-24.** Exhibits **A-X**

**Claim 2nd. Fourth Amendment/ Bivens**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendant ER Abanoub Paul Sameh Anna, M.D. in Alta Bates Emergency on Aug.26 2024, issued fraudulent misdiagnosis with delusional and psychosis, unlawful 5150 detention order and forced psychiatric drugs without consent; Defendant Anita S. Ramanathan, M.D in Herrick campus on Aug. 27 2024, , issued fraudulent misdiagnosis with psychosis and Schizophrenia Spectrum, unlawful 5250 detention order and forced psychiatric drugs without consent; Defendants unreasonable seizure Plaintiff, deprive her freedom in hospital Alta Bates Campus and Herrick Campus, Knowingly joint and willful conspiring with and in the direction of FBIs malicious prosecution, is a violation of Constitution Rights Fourth Amendment under Color of federal law, Bivens Action and Conspiracy / 42 U.S.C. § 1985(3). Unreasonable search and seizure. Defendants have unlawfully harm Plaintiff, as result Plaintiff have suffered damages in emotion distress, physic, reputation and financial. Plaintiff is entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **5-6** and **13-16,** exhibits **G-H,** and **M-Q**

**Claim 3rd. Fifth Amendment/ Bivens**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendant Radiologist Shukla Anshu MD in Alta Bates Summit Medical Center on Aug.

26 2024, made a fraudulent misdiagnosis on CT Scan report, cover-up injuries intent to misleader. ER Abanoub Paul Sameh Anna, M.D. in Alta Bates Emergency, issued fraudulent misdiagnosis with delusional and psychosis, unlawful 5150 detention and forced psychiatric drugs without consent; Anita S. Ramanathan, M.D on Aug. 27 2024 in Herrick campus, issued fraudulent misdiagnosis with psychosis and_Schizophrenia Spectrum, unlawful 5250 detention and forced psychiatric drug without consent. Alta Bates Summit Medical Center unlicensed internal transport team and ambulance without peace officer present, unlawfully transferring Plaintiff which violated 5150 procedural due process. Defendants deprived of plaintiff's liberty without due process, is a violation of Constitution Rights Fifth Amendment under Color of federal law, Bivens Action and Conspiracy / 42 U.S.C. § 1985(3). Deprive any person of life and liberty without due process of law. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotions distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **2, 5- 7** and **12-16,** exhibits **A-C, G-H** and **M-Q**

**Claim 4th. Eighth Amendment / Bivens**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendant ER Abanoub Paul Sameh Anna, M.D. in Alta Bates Emergency on Aug.26 2024, ordered unlawful 5150 detentions and forced psychiatric without consent; Defendant Psychiatrist Anita S. Ramanathan, M.D in Herrick campus on Aug. 27 2024, ordered unlawful 5250 detentions and forced psychiatrist drugs without consent. Defendants were knowingly joint and willful use excessive force conspiring with and in FBI's direction malicious prosecution. It's a cruel torture and suffer from harsh punishment, a violation of Constitution rights Eighth Amendment under Color of federal law, Bivens action and Conspiracy / 42 U.S.C. § 1985(3). Nor cruel and unusual punishment inflicted. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **5-6** and **13-16,** exhibits **G-H** and **M-Q**

**Claim 5th. State Tort claim -Civil Conspiracy to Violate Civil Rights**

All Defendants Does FBI (names to be determined and substituted when identity is revealed). Alta Bates Summit Medical Center including Alta Bates campus, Summit Campus; Herrick Campus, with all the Nurses, Staffs and Administrators, Berkeley Emergency Medical Group Inc. including ER Christopher Chen, MD; and ER Abanoub Paul Sameh Hanna, MD; Psychiatrist Anita S. Ramanathan, MD; Radiologist Shukla Anshu MD; Falck Alameda County including Ratcliff-Jones Alexander EMT. knowingly joint and willful conspired with and in FBI's direction malicious prosecution. Deprived Plaintiff's rights of liberty under state California law tort Civil Conspiracy to Violate Civil Rights. Including but not limited to: Civil Conspiracy to violate Constitution, False imprisonment, Medical Malpractice, Battery and Assault, EMTALA, Negligence, Identity Theft, Billing Fraud Insurance, Civil Conspiracy to Obstruct Justice and Conceal, Civil Conspiracy to Making up evidences to cover up crime, Civil Conspiracy to Accessory of the Fact. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **1-24,** exhibits **A-X**

**Claim 6th. False Imprisonment**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendant ER Abanoub Paul Sameh Anna, M.D. in Alta Bates Emergency issued an unlawful 5150 detention order on Aug. 26 2024; Defendant Psychiatrist Anita S. Ramanathan, M.D in Herrick campus ordered unlawful 5250 detentions on Aug. 27 2024, unreasonable seizure Plaintiff, deprive her freedom in hospitals. Knowingly joint and willful conspired with and in the FBI's direction malicious prosecution. It's a violation of California state Law Tort False Imprisonment under Civil Conspiracy to Violate Civil Rights. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **5-6** and **13-16,** exhibits **G-H** and **M-Q**

**Claim 7th: Medical Malpractice**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendants Radiologist Shukla Anshu MD in Alta Bates Summit Medical Center on Aug. 26 2024, made a fraudulent misdiagnosis on CT scan report, cover-up injuries intent to misleader; ER Abanoub Paul Sameh Anna, MD in Alta Bates Emergency on Aug.26 2024; made fraudulent misdiagnosis with psychosis and deludional, ordered unlawful 5150 hold and forced psychiatric drugs without consent; Defendant Psychiatrist Anita S. Ramanathan, MD on Aug. 27 2024, made Fraudulent Misdiagnosis with psychosis and Schizophrenia Spectrum, ordered 5250 detention and forced psychiatric drug without consent, Defendants are all knowingly joint and willful conspired with FBI fraudulent misdiagnosis. It's a violation California state law tort Medical Malpractice under Civil Conspiracy to Violate Civil Rights. Defendants have unlawfully harm me; as result I have suffered damages in emotion distress, physic, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **2, 5-6** and **13-16,** exhibit **A-C, G-H** and **M – Q**

**Claim 8th: Battery and Assault**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendant ER Abanoub Paul Sameh Anna, M.D. in Alta Bates Emergency room on Aug.26 2024, ordered unlawful 5150 detentions and forced psychiatric drugs without consent; Defendant Psychiatrist Anita S. Ramanathan, M.D on Aug. 27 2024 in Herrick campus ordered unlawful 5250 detentions and forced psychiatric drugs without consent. Defendants knowingly joint and willful conspired with and in the FBI's direction malicious prosecution. It's a violation of California state law tort Battery and Assault under Civil Conspiracy to Violate Civil Rights, willfully and unlawfully used force or violence. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **5-6** and **13-16,** exhibit **G-H** and **M-Q**

**Claim 9th: EMTALA**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendant ER CHRISTOPHER CHEN, M.D. in Summit Emergency on Aug. 26 2024, was misleader by false CT scan diagnosis and influenced by FBI, refused to treat Plaintiff's pains or sickness, forced plaintiff out of emergency room, knowingly joint and willful conspired with and in FBI's direction malicious prosecution. It is a violation of California state law tort EMTALA under Civil Conspiracy to Violate Civil Rights. It is a cruel torture and suffer from harsh punishment. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **2** and **4,** exhibit **E** and **X**

**Claim 10th: Battery and Assault**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendants Alta Bates Summit Medical center's unlicensed Internal Transport Team in Alta Bates Emergency on Aug. 27 2024, using Velcro wrist on Plaintiff's left wrist and tighten up, her left hand and wrist turned into bruises immediately and forced her into hospital's van. Unlawful detained Plaintiff without peace officer or proper transportation procedures required by 5150 rules. Injected plaintiff deadly dose of Toxic Chemicals to harm during transportation. Knowingly joint and willful conspiring with and in the FBIs direction malicious prosecution, a violation of State California law tort Battery and Assault under Civil Conspiracy to Violate Civil Rights. Willfully and unlawfully used force or violence. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **7,** and **12** exhibits **L** and **T**

**Claim 11th: Negligence**

Defendant Does FBI (names to be determined and substituted when identity is revealed), Defendant Alta Bates Emergency used unlicensed internal transport team and ambulance instead of paramedic to transport plaintiff as a psychiatric patient, without law

enforcement present on Aug. 27 2024, put Plaintiff life and others in danger, 5150 transportation procedures were not followed or executed. Knowingly joint and willful conspired with and in FBI's direction malicious prosecution, which are violations of California state law tort Negligence under Civil Conspiracy to Violate Civil Rights. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **7** and **12,** exhibit **L** and **K**

**Claim 12th: Battery and Assault**

Defendant Does FBI (names to be determined and substituted when identity is revealed), Defendants Nurses and Staffs in Alta Bates Emergency and Herrick Campus during Aug. 26-29 2024, using unconsent psychiatric drugs, Toxic Chemicals injected Plaintiff or put into her foods, and using radiation from phone to radiate plaintiff at nights while sleeping intent to harm plaintiff. Knowingly joint and willful conspiring with and in the FBI's direction malicious prosecution. Defendants have violated State California law tort Battery and Assault under Civil Conspiracy to Violate Civil Rights. Willfully and unlawfully used force or violence. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **17,** exhibits **R-T**

**Claim 13th: Civil Conspiracy to Obstruct Justice and Conceal**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendants Alta Bates Summit Medical Center's employees: Staffs, Record deportment and Administrator Mia Boggs in Grievance and Appeal department, refused to release one of the 5150 orders or disclose the identity of the FBI agent who responsible for the unlawful 5150 order. Fabricated and withheld medical documentation to justify detention, assisted FBIs in concealing unlawful conduct since Feb.18 2025. These acts were taken in furtherance of a common plan to suppress Plaintiff's rights and prevent legal

accountability, in violation of Plaintiff's right to pursue redress through the courts. Defendants knowingly joint and willful conspiring with and in the FBI's direction to obstruct justice and deprive Plaintiff due process. A violation of California state law tort Civil Conspiracy to Obstruct Justice and Conceal. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **20,** exhibit **U** and **L**

**Claim 14th: Civil Conspiracy to making up evidences to cover up crime**

Defendant Does FBI (names to be determined and substituted when identity is revealed), Defendant Psychiatrist Anita S. Ramanathan, M.D on Aug. 29 2024 in Herrick Campus used records of high-level blood BG and BP provided by Nurses, making up a new diagnosis history of HTN and DMII Psychosis, to cover -up the previous fraudulent misdiagnosis she made on Aug.27 2024: history Psychosis and unspecified Schizophrenia Spectrum and other Psychotic disorder F29, which was provided by FBIs and unsupported, without ground and sources. Defendant Anita S. Ramanathan, MD knowingly joint and willful with and in the direction of FBI fraudulent misdiagnosis, is a violation of California state law tort Civil Conspiracy to making up evidences to cover up crime. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph**13-16,** exhibit **M-T**

**Claim 15th: Civil Conspiracy to making up evidences to cover up crime**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendants Nurses on Aug. 26 2024 in Alta Bates Emergency and Herrick campus on Aug.27-29 2024, injected or put in foods with unconsent psychiatric drugs or Toxic Chemicals, caused plaintiff high Blood Sugar and Pressure to harm, and making up these records as evidences or ground to assist Psychiatrist Anita S. Ramanathan, MD in Herrick Campus created new diagnosis HIT and DMII Psychosis on Aug. 29 2024, to cover-up

the previous fraudulent misdiagnosis the crime she made. Defendants knowingly joint and willful conspiring with and in the FBI's direction malicious prosecution. It is a violation of California state law tort Civil Conspiracy to making up evidences to cover up crime. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **17** and **19,** exhibits **R-T**

**Claim 16th: Civil Conspiracy to making up evidences to cover up crime**

Defendants Doe FBI (names to be determined and substituted when identity is revealed), Defendant Alta Bates Emergency Staffs intentionally faking Falck ambulance records to cover-up unlicensed transportation of psychiatric patient under 5150 hold, which failed to follow the 5150 procedural. Use plaintiff's morning transportation records of Falck to claimed be the night's unlicensed transportation. Fabricated the records by reducing the sizes and blurred papers and made unreadable to fake the evidences. Defendants knowingly joint and willful conspiring with and in the FBI's direction malicious prosecution. It is a violation of California state law tort Civil Conspiracy to making up evidences to cover up crime. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **11,** exhibit **L** and **F**

**Claim 17th: Civil Conspiracy to Accessory of the Fact**

Defendants Does FBI (names to be determined and substituted when identity is revealed), Defendants Alta Bates Summit Medical Center Staffs, Nurses, Medical records department and Administrator Mia Boggs in Grievance and Appeal department, were all knowing that FBIs, ER and Internal transport team committed crimes, but they want cover- up it, conceal or refuse to release the identity of FBI, the full records of lab tests and the name of ambulance provider. Aids, assists, or conceals, to help them avoid arrest or punishment are violations California State law tort Civil Conspiracy to accessory of

the fact. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **17** and **20,** exhibit **S-T** and **U**

**Claim 18th: Identity Theft**

Defendants Alta Bates Summit Medical Center, BEMG, Falck Alameda County and Psychiatrist Anita S. Ramanathan, MD. all have Plaintiff's passport photo with correct name, but knowingly set-up a temporary Medi-Cal account CIN #:91831713H with a wrong name of Plaintiff Yvonne Ya-Wen to claim insurance without consent. The account closed after two moths Aug.- Oct. 2024. Defendants have violated California state law tort Identity Theft. Alta Bates Summit Medical Center and BEMG cooperated to using unlicensed internal transportation team to transport Plaintiff but claim Plaintiff insurance in professional name of Falck which is second count of Identity Theft. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

<u>See</u> **STATEMENT OF FACTS** paragraph **2, 8, 21** and **22** exhibit **E, I, J** and **X**

**Claim 19th: Billing Fraud Medi-Cal.**

Defendant Alta Bates Summit Medical Center claimed professional insurance fees for transportation in the name of Falck, a medical bed in plaintiff's name without consent, charging Plaintiff double price or multi times of service fees during Aug. 26-29 2024 in Alta Bates Emergency and Herrick Campus. Defendant Falck claimed 4 times of regular service fees on Aug. 26 2024. Defendant BEMG and Defendant Psychiatrist Anita S. Ramanathan, MD claimed professional fees without Itemized. All Defendants Alta Bates Summit Medical Center, BEMG, Falck and Psychiatrist Anita S. Ramanathan, MD. knowingly Joint and willful conspiring insurances under an account with wrong name of plaintiff, Medi-Cal account CIN #:91831713H to defraud Plaintiff's US government insurances without render the bill during Aug.-Oct. 2024. which are violated California

State law tort Billing Fraud Plaintiff's Medi-Cal Insurance. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **8, 9, 16, 21** and **22** exhibit **E, I, L** and **V-X**

**Claim 20th: Assault and Battery**

Defendant Doe FBI (names to be determined and substituted when identity is revealed), Defendant Paramedic Ratcliff-Jones Alexander, EMT-Basic (California)-E183457, injected Toxic Chemicals or drugs provided by FBI in plaintiff to harm on Aug. 26 2024 morning in Falck ambulance Oakland CA, caused Plaintiff high blood Sugar and Pressures. Defendant knowingly joint and willful conspiring with and in the direction of FBI malicious prosecution. It's a violation of California state law tort Assault and Battery under Civil Conspiracy to Violate Civil Rights. Defendants have unlawfully harm me, as result I have suffered damages in physic, emotion distress, reputation and financial. I am entitled to relief in the form of monetary damages reputation, physic, emotion distress, financial and any other relief the Court deems appropriate

See **STATEMENT OF FACTS** paragraph **2-3,** exhibit **D, E, F** and **I**

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

- Award compensatory damages in an amount to be determined at trial;
- Award punitive damages against the individual and corporate Defendants for willful misconduct;
- Award declaratory relief that Plaintiff's constitutional rights were violated;
- Grant injunctive relief requiring Defendants to release full unaltered medical records, billing records, and 5150 authorization documents;

- Order an independent forensic investigation into toxic exposure and psychiatric diagnoses;
- Award costs of suit and any other relief the Court deems just and proper.

## VII. XI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise we complies with the requirements of Rule 11. I agree to provide the clerk's office with any chances to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

For Parties Without an Attorney:

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with Clerk's Office may result in the dismissal of my case.

Respectfully submitted,

Dated: Aug. 5. 2025

Yvonne Ya-Wen Feng

Pro Se Plaintiff

# Exhibit "A"

Urinalysis:
No results for input(s): "UACOLOR", "UAPP", "UASG", "UAPH", "UALEUK", "UANIT", "UAPRO", "UAGLU", "UKET", "UAURO", "UABIL", "UABLD", "UAWBC", "UARBC" in the last 24 hours.

**IMAGING:**

**Radiology Results** (Last 72 hours)

| 08/26/24 0358 | CT ABDOMEN PELVIS WO CONTRAST | Final result |
|---|---|---|

Impression:

IMPRESSION:
1. No acute pathology.
2. 9 mm fat density lesion in the mid right kidney likely representing angiomyolipoma. This can be further evaluated with a renal mass protocol CT or MRI.
3. 1.3 cm indeterminate left adrenal nodule which can be further evaluated with adrenal protocol CT or MRI.
4. Possible fibroid uterus which can be further evaluated with pelvic ultrasound.

Electronically Signed by: Anshu Shukla, MD 8/26/2024 4:30 AM

Narrative:

Study Examination: CT ABDOMEN PELVIS WO CONTRAST

Date of study: 8/26/2024 3:50 AM

History: 61 years of age, Female, with Pain

Comparison: None

Technique:
CT radiation dose:
CT dose reduction technique utilized with one or more of the following: Automated exposure control and/or Adjustment of the mA and/or kV according to patient size and/or Use of iterative reconstruction technique.
CT dose index (CTDIvol) for the acquisitions included: 5.61 mGy
Dose length product (DLP) for the complete examination is: 310.06 mGy/cm

Axial images through the abdomen and pelvis were obtained without contrast. Multiplanar reconstructions are reviewed.

Findings:
Please note, evaluation of organs is limited without contrast.

Lower chest: No pericardial effusion. The lung bases are clear.

Vascular: The aorta and its major branches are normal caliber without aneurysm. Mild atherosclerotic calcifications in the aorta. The major venous structures are normal.

Liver: Normal in size and contour. No focal lesions..

Legal Copy
Sutter Health

ALTA BATES SUMMIT - HERRICK
2001 Dwight Way
Berkeley CA 94704

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/27/2024, D/C: 8/29/2024

**08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult (continued)**

**BH Consults (continued)**

Gallbladder and bile ducts: The gallbladder is normal. No gallstones. No intrahepatic or extra hepatic biliary tree dilatation.

Spleen: Normal.

Pancreas: Normal.

Adrenals: 1.4 cm indeterminate left adrenal nodule (series 301, image 41). Right adrenal gland is normal.

Kidneys/ureters/bladder: 9mm fat density lesion in the mid right kidney likely representing a angiomyolipoma. No hydronephrosis. No nephrolithiasis. The ureters are not dilated. The urinary bladder is normal.

GI: The stomach is normal. The small and large bowel are normal in caliber. No evidence of bowel obstruction. The appendix is not visualized however there are no secondary signs of appendicitis. No evidence of pneumatosis. No evidence of inflammation within the mesentery. No loculated fluid collection. No free air.

Pelvic organs: Lobular appearance of the uterus which contains a 1 cm calcification may relate to fibroids.

Lymphadenopathy: No retroperitoneal, mesenteric or pelvic lymphadenopathy.

Osseous structures: No fracture. No aggressive osseous lesions.

Soft tissues: Unremarkable.

Lisa J Chandler, MD

Electronically signed by Chandler, Lisa Jane, MD at 08/27/24 1101

**BH Pert Pkt Notes**

**Progress Notes**

**Arnold, Eric B, MD at 8/28/2024 1545**

**PSYCHIATRY INPATIENT PROGRESS NOTE**
8/28/2024

# Exhibit "B"

# 上海交通大学附属第六人民医院
# 上海市第六人民医院影像(放射科)诊断报告

| | | | |
|---|---|---|---|
| 姓　名：冯雅文 | 性　　别：女 | 年　龄：58岁 | 门诊号：2020000084 |
| 科　别：急诊外科 | 病　　区： | | 床　号： |
| 影像号：5253328 | 检查类别：CT检查 | 送检医师的要求：明确诊断 | |

临床诊断：外伤证

检查部位和名称：上腹部CT平扫(急诊)

检查方法：

上腹部横断CT扫描，平扫

影像学表现：

肝脏表面光滑，各叶比例匀称，密度未见异常，肝内胆管无扩张；脾脏无肿大，密度均匀；胆囊区无殊，未见明显病灶；右肾脂肪密度灶；胰腺、左肾未见明显异常；左侧肾上腺结节；后腹膜无明显肿大淋巴结；腹腔内无积液。左上腹小肠局部轻度扩张积液。

影像学诊断：

1. 右肾错构瘤可能。
2. 左侧肾上腺结节。
3. 左上腹小肠局部轻度扩张积液。

书写医师：颜方方　　　　审核医师：李菁　李菁

检查时间：2020-12-21 13:21:04　　报告时间：2020-12-21 14:01:20　　核片时间：2020-12-21 14:40:50

# 上海交通大学附属第六人民医院
# 上海市第六人民医院影像(放射科)诊断报告

姓　名：冯雅文　性　别：女　年　龄：58岁　门诊号：2020000084

科　别：急诊心胸外科(　病　区：　床　号：

影像号：5253328　检查类别：CT检查　送检医师的要求：明确诊断

临床诊断：外伤证

检查部位和名称：胸部CT平扫+肋骨重建(三维)-急诊

检查方法：

胸部横断CT扫描，平扫+三维重建

影像学表现：

两肺纹理清晰，走向自然，肺野内未见明显异常密度阴影。所见各级支气管腔通畅，管腔无狭窄。两侧肺门未见肿大淋巴结，纵隔未见肿大淋巴结。胸廓两侧对称，右侧胸膜稍增厚，胸腔内无积液。心脏和大血管无异常。右侧第2-9肋骨骨折后，骨痂形成。附见：左侧肾上腺结节；右肾脂肪密度灶。

影像学诊断：

1. 右侧第2-9肋骨骨折后，骨痂形成，请结合临床，必要时复查。
2. 右侧胸膜稍增厚。
3. 附见：左侧肾上腺结节；右肾错构瘤可能。

书写医师：颜方方　审核医师：李菁　李菁

检查时间：2020-12-21 12:33:03　报告时间：2020-12-21 13:17:16　核片时间：2020-12-21 13:27:17

# Exhibit "C"

中华人民共和国出入境检验检疫
ENTRY-EXIT INSPECTION AND QUARANTINE
THE PEOPLE'S REPUBLIC OF CHINA

正 本

# 境外人员体格检查记录验证证明
# CERTIFICATE OF VERIFICATION

(FOR PHYSICAL EXAMINATION RECORD FOR FOREIGNERS OR OVERSEAS CHINESE)

编号 No. 210002102109180753

| | |
|---|---|
| 姓 / Surname<br>FENG | 名 / Given names<br>YVONNE YA-WEN |
| 性别 / Sex<br>女 F | 出生日期 / Date of birth<br>27 Nov,1962 |
| 国籍 / Nationality<br>加拿大<br>CANADIAN | 证件号码 / Passport or ID No.<br>AM077353 |



职业 / Occupation
/

公司 / 学校 / 其它 Company / school / others
/

通讯地址[中国] / Mailing address (China)
/

电话号码[中国] / Telephone number (China)
15800333741

■ 兹证明此申请人所持健康检查记录，经过验证，符合要求。
■ 本证明自签发之日起，有效期为六个月。

This is to certify that the health examination record held by this applicant accords with the requirement as a result of verification.
This certificate is valid for six months from the date of issue.

| | | |
|---|---|---|
| 医生姓名 / Name of Doctor<br>王宇鹏<br>WANG YUPENG | 医生签名 / Signature of Doctor | 印章<br>Official Stamp |
| 签发日期 / Date of issue<br>22 Sep,2021 | 签发地点 / Place of issue<br>中国上海金浜路15号(原哈密路1701号) No.15 Jinbang Rd.(No.1701 Hami Rd.),Shanghai,P.R.China | |

上海国际旅行卫生保健中心
Shanghai International Travel Healthcare Center

210002102109180753

# 健康情况记录
# HEALTH EXAMINATION RECORD

| | | | |
|---|---|---|---|
| 姓名 Name | FENG YVONNE YA-WEN | | |
| 性别 Sex | 女/Female | 出生日期 Date of birth | Nov-27-1962 |
| 国籍 Nationality | 加拿大 CANADIAN | | |
| 证件号码 Passport or ID No. | AM077353 | 职业 Occupation | / |

## 内外科/Medicine Surgery

医生签名 Signature of physician 王佩玉

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 身高 Height | 162 厘米 cm | 体重 Weight | 57 公斤 Kg | 血压 Bp | 127/69 毫米汞柱 mmHg | 脉搏 Pulse rate | 73 次/分钟 times/min |
| 皮肤、巩膜、淋巴结 Skin,Sclera,Lymph nodes | 正常 Normal | 头部和颈部 Head Neck | 正常 Normal | | | 胸部和肺部 Chest Lungs | 正常 Normal |
| 心血管系统 Cardiovascular system | 正常 Normal | 脊柱和四肢 Spine Extremities | 正常 Normal | | | 腹部 Abdomen | 异常 Abnormal |
| 神经精神系统 Neuropsychiatric system | 正常 Normal | 生殖泌尿系统 Genitourinary system | 正常 Normal | | | 其它 Others | 正常 Normal |

异常情况详细描述 If abnormal,describe in detail: 下腹部:阑尾切除手术疤痕; (Lower abdomen):Scar of Appendectomy;

## 五官科/E.N.T.

| 视力/Vision | 裸眼/Innc. | 矫正/Corr. | 辨色力 Color sense | 正常 Normal |
|---|---|---|---|---|
| 左/ Left | 0.4 | | | |
| 右/Right | 0.3 | | | |
| 眼/Eye 正常 Normal | 耳/Ear 正常 Normal | 鼻/Nose 正常 Normal | 咽喉 Throat | 正常 Normal |
| 听力 Hearing | 左/Left 正常 Normal | 右/Right 正常 Normal | 扁桃体 Tonisils | 正常 Normal |

异常情况详细说明 If abnormal, describe in detail: 正常 Normal

## 心电图/ECG

医生签名 Signature of physician 袁宁祥

异常 Abnormal T波改变(V3 双向 V4-V6 I avL倒置);
T Wave Changed;

## B型超声/B-Ultrasound[肝脾胆等/Liver,spleen,gal bladder etc]

医生签名 Signature of physician 王维

正常/Normal [√] 异常/Abnormal [请详细说明/Describe in detail]

:右肾错构瘤21*15mm;

:Angiomyolipoma of the right kidney;

## 胸部X线/Chest X-ray

放射医生签名 Signature of physician 杰珊

摄片号/Film No. 210002102109180753 日期/Date

所见和描述/Finding and description

两肺未见活动性病变。右侧肋骨多发性陈旧性骨折考虑。

No active lesion in both lungs. Multiple old fracture in the right ribs are considered.

# Exhibit "D"

**Flowsheets - Other (continued)**

**Ambulance Specifics**

| | |
|---|---|
| Unit # | 161 -TH |
| Transport Type | BLS -TH |
| Transfer of Care Date | 08/26/24 -TH |
| Transfer of Care Time | 0328 -TH |

**Pre Hospital Treatment**

| | |
|---|---|
| Prehospital Treatments | Blood Sugar -TH |
| Blood Sugar | 345 -TH |
| Prehospital Pulse | 76 -TH |
| Prehospital Blood Pressure | 128/82 -TH |
| Prehospital Respirations | 18 -TH |
| Prehospital O2 Saturation | 98 -TH |
| Prehospital GCS Score | 15 -TH |

**[REMOVED] Peripheral IV 08/26/24 Left Antecubital**

| | |
|---|---|
| IV Properties | Placement Date: 08/26/24 -PK Placement Time: 0348 -PK Size (Gauge): 20 G -PK Orientation: Left -PK Location: Antecubital -PK Site Prep: Chlorhexidine -PK Local Anesthetic: None -PK Technique: Anatomical landmarks -PK Insertion attempts: 1 -PK Patient Tolerance: Appears comfortable -PK Removal Date: 08/26/24 -PK Removal Time: 0526 -PK |

**PTA - Mon August 26, 2024**

| Row Name | 0501 | 0400 |
|---|---|---|
| **PTA Score** | | |
| PTA Score | 5 -EC | 5 -EC |

**Special Needs Screen - Mon August 26, 2024**

| Row Name | 0350 |
|---|---|
| **Special Needs Request** | |
| Language Assistance | no -PK |
| Need for Accommodations During Hospital Stay | none -PK |

**TEMPLATES - Mon August 26, 2024**

| Row Name | 0330 |
|---|---|
| **Glascow Coma Scale** | |
| GCS Assessment | yes -TH |
| **Pediatric Glasgow Coma Scale** | |
| Best Eye Response | 4-->(E4) spontaneous -TH |
| Best Verbal Response | 5-->(V5) oriented -TH |
| Best Motor Response | 6-->(M6) obeys commands -TH |
| Glasgow Coma | 15 -TH |

# Exhibit "E"

Legal Copy

Sutter Health

ALTA BATES SUMMIT - MERRITT
350 Hawthorne Avenue
Oakland CA 94609-3108

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/26/2024, D/C: 8/26/2024

**08/26/2024 - ED in Summit Emergency (continued)**

**Visit Information (continued)**

| | | | | |
|---|---|---|---|---|
| Summit Emergency | Emergency Medicine | Go to | As needed, If symptoms worsen | 350 Hawthorne Avenue<br>Oakland California<br>94609<br>510-869-8700 |

**ED Provider Note**

**ED Provider Notes by Wu, Christopher Chen, MD at 8/26/2024 0348**

Arrival Date/Time: 8/26/24 0326

Roomed Date/Time: 8/26/2024 0332

BEMG
Berkeley Emergency Medical Group

**ABSMC EMERGENCY DEPARTMENT NOTE**

**TIME:** 8/26/2024 3:48 AM
**PCP:** No primary care provider on file.

**HISTORY**
**CHIEF COMPLAINT entered by TRIAGE:**
Patient presents with:
Abdominal pain: BIBA from Home with a primary complaint of upper left quad abdominal pain for several weeks. Hyper-verbal with EMS. Medical hx of diabetes
Triage note reviewed.

**HISTORY:**
Historian is patient. History/Exam Limitations: none
Yvonne Ya-Wen is a 61 year old female presents to ED with complaint of Abdominal pain (BIBA from Home with a primary complaint of upper left quad abdominal pain for several weeks. Hyper-verbal with EMS. Medical hx of diabetes)

The patient is a 61-year-old female presenting to the emergency department with left upper abdominal pain and nausea for the past several weeks. The patient recounts a very long and convoluted story stating that she is an inventor of a proprietary magnetic device that is threatening many large corporations and as result of jealousy and fear of her success, these corporations have been attempting to poison her. She also believes that they are irradiating her on a nightly basis and as a result she lays under a sheet of metal at night to avoid their rays. She denies any history of mental illness and denies any use of illicit substances.

**PAST MEDICAL HISTORY:**

There is no problem list on file for this patient.

**Medical History**

No past medical history on file.

**PAST SURGICAL HISTORY:**
No past surgical history on file.
**NEGATIVE PAST HISTORY:**
No past medical history pertinent negatives. No past surgical history pertinent negatives on file.

**MEDICATIONS:**
No outpatient medications have been marked as taking for the 8/26/24 encounter (Hospital Encounter).
Medications ordered at this visit have been reconciled with the above list of medications.
**ALLERGIES:**
Review of patient's allergies indicates no known allergies.

**SOCIAL HISTORY:**

There is no social history on file
**FAMILY HISTORY:**

No family history on file.

**PHYSICAL EXAM**
Triage vitals: BP: 114/80 | Pulse: 78 Heart Rate (monitor): 78 | Temp: 37 °C (98.6 °F) Oral | Respiratory Rate: 20 | SpO2: 98 %
Vital signs, oxygen saturation have been reviewed and interpreted as: normal

General – Alert, no acute distress, nontoxic, oriented x 4
Head – Normocephalic, atraumatic, no gross abnormalities
Eyes – Eyes normal, PERRLA, EOMI, corneas/conjunctiva normal, no scleral icterus or pale conj
Neck – Supple, no mass
Lungs – CTAB, no wheeze
Heart – RRR, no murmur, no rub, no gallop.
Abdomen – Soft, no tenderness, no distension
Extremity – No focal tenderness
Back – Normal
Skin – Warm, dry, no rash
Neuro – CN 2–12 intact, reflexes normal and symmetric, strength and sensation upper and lower extremities grossly intact and symmetric, no facial asymmetry, no slurred speech
Psych – Hyperverbal, delusional with paranoia.

**ED COURSE/MDM**
**ED PROVIDER INTERPRETATION OF DATA (RAD, EKG):**

**ABNORMAL LABS SUMMARY:**

Labs Reviewed

**COMPREHENSIVE METABOLIC PANEL W GFR - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|
| Glucose | 249 (*) |

All other components within normal limits

**URINALYSIS & CULT IF INDICATED - Abnormal; Notable for the following components:**

| | |
|---|---|
| Urine Protein | Trace (*) |
| Urine Glucose | 4+ (*) |

All other components within normal limits

**LIPASE**

**CBC WITH AUTOMATED DIFFERENTIAL**

**PROCEDURES/BEDSIDE ULTRASOUND:**

**ED Observation Care Note**

8/26/2024 330AM The patient was placed in ED observation status to determine whether admission is required or can be avoided for the management of uncontrolled abdominal pain . Plan for IV fluid, IV pain medication, and IV anti-emetics.

4:57 AM The patient was reassessed in a face-to-face encounter by me. Her condition is improved. Disposition: She will be discharged from observation care. ED observation is now complete. Discharge planning took < 30 minutes.

**ED MEDICATIONS GIVEN:**

**ED Medication Administration from 08/26/2024 0326 to 08/26/2024 0457**

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 08/26/2024 0409 PDT | **ondansetron (ZOFRAN) Inj 4 mg** | 4 mg | Intravenous | Given | Kieu, P |
| 08/26/2024 0409 PDT | **NaCl 0.9% (FOR BOLUS ONLY) IV Soln** | 1,000 mL | Intravenous | New Bag/Syringe | Kieu, P |
| 08/26/2024 0410 PDT | **morphine Inj 4 mg** | 2 mg | Intravenous | Given | Kieu, P |

**ED COURSE:**

**Differential Diagnosis:**
**Delusional disorder**
**Abdominal mass**
**GERD**
**Pancreatitis**
**Dyspepsia**

**Patient seen on arrival. She appears to have some delusions and paranoid thoughts. Otherwise, her abdomen**

## 08/26/2024 - ED in Summit Emergency (continued)

### Intake/Output Flowsheets (continued)

| Row Name | 0454 | 0409 |
|---|---|---|
| NaCl 0.9% (FOR BOLUS ONLY) IV Soln | | Start: 08/26/24 0350 |
| Rate | 0 mL/hr -PK | 1333.3 mL/hr -PK |
| Volume (mL) | 999.98 mL -PK | — |
| Line | — | (REMOVED) Peripheral IV 08/26/24 Left Antecubital -PK |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| PK | Kieu, Phuoc Quoc, RN | Registered Nurse | Nursing | 08/26/2024 |

### AMB Vitals Flowsheet

**Amb Prenatal Vitals - Mon August 26, 2024**

| Row Name | 0500 | 0409 | 0345 | 0329 |
|---|---|---|---|---|
| FH/BP/WT | | | | |
| BP | 158/73 -PK | 172/89 -PK | — | 114/80 -TH |
| Weight | — | — | — | 59 kg (130 lb) -TH |
| Urine | | | | |
| Urine Protein | — | — | **Trace !** | — |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| PK | Kieu, Phuoc Quoc, RN | Registered Nurse | Nursing | 08/26/2024 |
| TH | Hunter-Horton, Tammy Sue, RN | Registered Nurse | Nursing | 08/26/2024 |

### Vital Signs Flowsheets

**Vital Signs Complex - Mon August 26, 2024**

| Row Name | 0500 | 0409 | 0349 |
|---|---|---|---|
| Vitals | | | |
| Pulse | 57 -PK | 66 -PK | 66 -PK |
| Resp | 18 -PK | 18 -PK | 18 -PK |
| BP | 158/73 -PK | 172/89 -PK | — |
| MAP (mmHg) | 91 -PK | 103 -PK | — |
| BP Location | Right arm -PK | Right arm -PK | — |
| BP Method | Automatic -PK | Automatic -PK | — |
| Patient Position | Semi-Fowlers -PK | Semi-Fowlers -PK | — |
| Oxygen Therapy | | | |
| SpO2 | 99 % -PK | 99 % -PK | 98 % -PK |
| O2 Device | room air -PK | room air -PK | room air -PK |
| [REMOVED] Peripheral IV 08/26/24 Left Antecubital | | | |
| IV Properties | Placement Date: 08/26/24 -PK Placement Time: 0348 -PK Size (Gauge): 20 G -PK Orientation: Left -PK Location: Antecubital -PK Site Prep: Chlorhexidine -PK Local Anesthetic: None -PK Technique: Anatomical landmarks -PK Insertion attempts: 1 -PK Patient Tolerance: Appears comfortable -PK Removal Date: 08/26/24 -PK Removal Time: 0526 -PK | | |
| Pain Assessment | | | |
| Pain Assessment | Numeric Rating Scale (0-10) -PK | Numeric Rating Scale (0-10) -PK | Numeric Rating Scale (0-10) -PK |

# Exhibit "F"

## Assessments

Assessment Time: 08/26/2024 02:58:21

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Abdomen | | General | ✓ | Pain |
| | | Left Upper | ✓ | Pain |
| Back | | Back | | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | | **Pelvis/GU/GI:** No Abnormalities |
| Extremities | | Left Arm | | **Whole Arm and Hand:** No Abnormalities |
| | | Right Arm | | **Whole Arm and Hand:** No Abnormalities |
| | | Left Leg | | **Left Leg and Foot:** No Abnormalities |
| | | Right Leg | | **Right Leg and Foot:** No Abnormalities |
| Neurological | | Neurological | | Normal Baseline For Patient |
| Neonatal | | | | |

## Narrative

Unit B121 responded code 2 for a 61 yo f with abdominal pain. Pt was found walking out front of her apartment on 8th street in Oakland. Pt was assisted into ambulance and secured.

Pt was A&Ox4 GCS 15 with upper left abdominal pain which had been occurring for multiple months. Pt endorsed nausea, denied recent vomiting, diarrhea, CP, SOB. Pt stated she has been nauseous with vertigo on and off for the past few months. No trauma or deformity was noted on abdomen, abdomen was tender to palpation

Pt was hyperglycemic, other vitals were stable. Pt reported that she had a history of "lumps" on her kidneys, and "burst blood vessels" in her liver, but was unable to clarify what this meant. Pt had hx of diabetes, and reported that she takes no medications or supplements. Pt was hyperverbal and believed that she was being attacked by someone with radiation. Pt stated that she has been attacked by radiation for years now and that people are trying to poison her food. Pt denied any cancer treatment that would explain radiation therapy, and was adamant that she was being attacked and people were trying to kill her because of the "magnetic health devices" she had invented.

Pt was transported to Summit Medical Center code 2. During transport pt was monitored and mentation and vitals remained at baseline. At destination pt was assisted to walk from gurney to bed and secured. Pt care was transferred to RN Quoc K. End of pt contact.

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location Type | Street or Highway | Disposition | | PSAP Call | 02:47:22 |
| Location | NEW GOLD MEDAL RESTAURANT | Unit Disposition | Patient Contact Made | Dispatch Notified | 02:47:22 |
| Address | 389 8TH ST | Patient Evaluation and/or Care Disposition | Patient Evaluated and Care Provided | Call Received | 02:47:22 |
| Address 2 | | Crew Disposition | Initiated and Continued Primary Care | Dispatched | 02:47:36 |
| Mile Marker | | Transport Disposition | Transport by This EMS Unit (This Crew Only) | En Route | 02:47:56 |
| City | Oakland | Reason for Refusal or Release | | Staged | |
| County | Alameda | Transport Mode Descriptors | No Lights or Sirens | Resp on Scene | 02:54:43 |
| State | CA | Transport Due To | Closest Facility | On Scene | 02:54:43 |
| Zip | 94606 | Transported To | Alta Bates Summit Medical Center, Summit Campus | At Patient | 02:55:03 |
| Country | US | Requested By | Patient | Care Transferred | |
| Medic Unit | B121 | Destination | Hospital | Depart Scene | 03:11:20 |
| Medic Vehicle | 754 | Department | Emergency Room | At Destination | 03:22:03 |
| Run Type | Emergency Response (Primary Response Area) | Address | 3100 Summit Street | Pt. Transferred | 03:39:37 |
| Response Mode | Emergent | Address 2 | | Call Closed | 03:52:00 |
| Response Mode Descriptors | No Lights or Sirens | City | Oakland | In District | |
| Shift | | County | Alameda | At Landing Area | |
| Zone | North | State | California | | |
| Level of Service | Basic Life Support | Zip | 94609 | | |
| EMD Complaint | Sick Person | Country | US | | |
| EMD Card Number | | Zone | | | |
| Dispatch Priority | Priority 4 (Non-Acute [e.g. Scheduled Transfer or Standby]) | Condition at Destination | Unchanged | | |
| | | State Wristband # | | | |
| | | Destination Record # | | | |
| | | Trauma Registry ID | | | |

**Falck Alameda County**
Patient Care Record

Name: YA-WEN, YVONNE | Incident #: 9824101545 | Date: 08/26/2024 | Patient 1 of

## Patient Information

| | | | |
|---|---|---|---|
| Last | YA-WEN | Address | 379 8TH ST |
| First | YVONNE | Address 2 | Apt 108 |
| Middle | | City | Oakland |
| Gender | Female | State | CA |
| DOB | 11/27/1962 | Zip | 94607 |
| Age | 61 Yrs, 8 Months, 30 Days | Country | US |
| Weight | 115.0 lbs - 52.2 kg (estimated) | Tel | Home Mobile - 3412139007 |
| Height | 5 ft, 5.0 in - 165.1 cm (estimated) | Physician | |
| Pedi Color | | Phys. Tel | |
| SSN | | Ethnicity | Not Hispanic or Latino |
| Race | Asian | | |
| Advance Directives | | | |
| Resident Status | Not Homeless | | |
| Patient Resides in Service Area | | | |
| Temporary Residence Type | | | |

## Clinical Impression

| | |
|---|---|
| Primary Impression | Abdominal Pain |
| Secondary Impression | Nausea |
| Protocols Used | |
| Local Protocol Provided Care Level | |
| Anatomic Position | |
| Onset Time | 02:45:00 08/26/2024 |
| Last Known Well | 02:45:00 08/26/2024 |
| Chief Complaint | abdominal pain |
| Duration | Units |
| Secondary Complaint | |
| Duration | Units |
| Patient's Level of Distress | None |
| Signs & Symptoms | Abdominal - left upper quadrant pain (Primary)<br>Nausea |
| Injury | --- |
| Additional Injury | |
| Mechanism of Injury | |
| Medical/Trauma | Medical |
| Barriers of Care | None Noted |
| Alcohol/Drugs | None Reported |
| Pregnancy | No |
| Initial Patient Acuity | Lower Acuity (Green) |
| Final Patient Acuity | Lower Acuity (Green) |
| Patient Activity | Activity, Unspecified |

## Medications/Allergies/History/Immunizations

| | |
|---|---|
| Medications | None Reported |
| Allergies | No known allergies |
| History | Diabetes, Kidney Stone |
| Immunizations | |
| Last Oral Intake | |

## Vital Signs

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifier | RASS | BARS | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02:58 | Alert | L | Sit | 114/80 M | 78 R | 20 R | 98 Rm | | | 345 | | 6 | 15= 4 + 5 + 6 /NFP | | | 12 | |
| 03:14 | Alert | L | Sit | 128/82 M | 76 R | 18 R | 98 Rm | | | | 98.6 F/O | 6 | 15= 4 + 5 + 6 /NQ | | | 12 | |

## Flow Chart

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 02:58 | BLS Assessment | Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | Ratcliff-Jones, Alexander |

## Assessments

Assessment Time: 08/26/2024 02:58:21

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Mental Status | Pt was hyperverbal and believed she was being poisoned with radiation. | Mental Status | ✓ | Oriented - Event • Oriented - Person • Oriented - Place • Oriented - Time • Other |
| Skin | | Skin | ✓ | Pale |
| HEENT | | Face | | Face: No Abnormalities |
| | | Head | | Head: No Abnormalities |
| | | Eyes | | Both Eyes: PERRL |
| | | Neck | | No Abnormalities |
| Chest | | Chest | | Not Assessed |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | | Not Assessed |

Patient Care Record

**Name:** Y/.-WEN, YVONNE **Incident #:** 9824101545 **Date:** 08/26/2024 Patient 1 of 1

| Incident Details | Destination Details | Incident Times |
|---|---|---|
| **Alternative Disposition Offered** | Alternative disposition not offered to patient | |

**Crew Members**

| Personnel | Role | Certification Level |
|---|---|---|
| Ratcliff-Jones, Alexander | Lead | EMT-Basic (California) - E183457 |
| gomez, Robert | Driver | EMT-Basic (California) - E184584 |

**Insurance Details**

| | | | | | |
|---|---|---|---|---|---|
| **Insured's Name** | | **Primary Payer** | | **Dispatch Nature** | |
| **Relationship** | | **Medicare** | | **Response Urgency** | |
| **Insured SSN** | | **Medicaid** | | **Job Related Injury** | No |
| **Insured DOB** | | **Primary Insurance** | | **Employer** | |
| **Address1** | | **Policy #** | | **Contact** | |
| **Address2** | | **Primary Insurance Group Name** | | **Phone** | |
| **Address3** | | **Group #** | | **Mileage to Closest Hospital** | |
| **City** | | **Secondary Ins** | | | |
| **State** | | **Policy #** | | | |
| **Zip** | | **Secondary Insurance Group Name** | | | |
| **Country** | | **Group #** | | | |

| Mileage | | | Delays | | Additional Agencies |
|---|---|---|---|---|---|
| **Scene** | 1.0 | | **Category** | **Delays** | No First Responder |
| **Destination** | 2.7 | | Dispatch Delays | None/No Delay | |
| **Loaded Miles** | 1.7 | geo-verified | Response Delays | None/No Delay | |
| **Start** | | | Scene Delays | None/No Delay | |
| **End** | | | Transport Delays | None/No Delay | |
| **Total Miles** | | | Turn Around Delays | None/No Delay | |

**Personal Items**

| Item | Given To | Comment |
|---|---|---|
| Other | | |
| Purse/Wallet | | |

**Patient Transport Details**

| | | | |
|---|---|---|---|
| **How was Patient Moved To Stretcher** | | **How was Patient Moved To Ambulance** | Assisted/Walk |
| **How was Patient Moved From Ambulance** | Stretcher | **Patient Position During Transport** | Fowlers (Semi-Upright Sitting) |
| **Condition of Patient at Destination** | Unchanged | | |

# Exhibit "G"

State of California
Health and Human Services Agency

Department of Health Care Services

**APPLICATION FOR ASSESSMENT, EVALUATION, AND CRISIS INTERVENTION OR PLACEMENT FOR EVALUATION AND TREATMENT**

*Confidential Client/Patient Information*

*See California W&I Code Section 5328 and HIPAA Privacy Rule 45 C.F.R. § 164.508*

**Welfare and Institutions Code (W&I Code), Section 5150(f) and (g)**, require that each person, when first detained for psychiatric evaluation, be given certain specific information orally and a record be kept of the advisement by the evaluating facility.

☒ **Advisement Complete** ☐ **Advisement Incomplete**

Good Cause for Incomplete Advisement:

**DETAINMENT ADVISEMENT**

My name is ______________

I am a (peace officer/mental health professional) with (name of agency). You are not under criminal arrest, but I am taking you for examination by mental health professionals at (name of facility).

You will be told your rights by the mental health staff.

***If taken into custody at his or her residence, the person shall also be told the following information:***

You may bring a few personal items with you, which I will have to approve. Please inform me if you need assistance turning off any appliance or water. You may make a phone call and leave a note to tell your friends or family where you have been taken.

| Advisement Completed By: | Position: | Language or Modality Used: | Date of Advisement: |
|---|---|---|---|
| Paul Hanna | ER MD | English | 8/26/24 |

To (*name of 5150 designated facility*): ______________

Application is hereby made for the assessment and evaluation of Yvonne Feng residing at ______________, California, for up to 72- hour assessment, evaluation and crisis intervention or placement for evaluation and treatment at a designated facility pursuant to Section 5150, et seq. (adult) or Section 5585 et seq. (minor), of the W&I Code. If a minor, authorization for voluntary treatment is not available and to the best of my knowledge, the legally responsible party appears to be / is: (**Check one**): ☐ ***Parent***; ☐ ***Legal Guardian***; ☐ ***Conservator;*** ☐ ***Juvenile Court under W&I Code 300***; ☐ ***Juvenile Court under W&I Code 601/602***.

If known, provide names, address and telephone numbers in area provided below:

The above person's condition was called to my attention under the following circumstances:

Patient is having delusions of persecution by the FBI, thinks she is being followed. Thinks her medical documents and imaging have been altered to make her look crazy.

I have probable cause to believe that the person is, as a result of a mental health disorder, a danger to others, or to himself/ herself, or gravely disabled because: (state specific facts):

Feng, Yvonne Ya-Wen
MRN: 67348402 HANNA, ABANDUB PAUL SAMI HAR: 308582828
11/27/1962 61 yrs
SEX: F Emergency
*MEDS,LABS* CSN: 1355014831 8/26/24

(CONTINUED ON NEXT PAGE)

State of California
Health and Human Services Agency

Department of Health Care Services

## APPLICATION FOR 72 HOUR DETENTION FOR EVALUATION AND TREATMENT (CONTINUED)

**Historical course of the person's mental disorder:**

☐ I have considered the historical course of the person's mental disorder

Feng, Yvonne Ya – Wen
HAR: 308582628
MRN: 67348402 HANNA, ABAHOUB PAUL SAMEH
11/27/1962 61 yrs
SEX: F Emergency
*MEDS, LABS* CSN: 1865014831 8/26/24

☐ No reasonable bearing on determination
☐ No information available because:

| History Provided by (Name) | Address | Phone Number | Relation |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Based upon the above information, there is probable cause to believe that said person is, as a result of mental health disorder:

☐ **A danger to himself / herself.**
☐ **A danger to others.**
☒ **Gravely disabled adult.**
☐ **Gravely disabled minor.**

*Signature*, *title* and *badge number* of peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, designated members of a mobile crisis team, or professional person designated by the county.

X [signature]

Date: 8/26/24
Time: 12:14pm
Phone: 510-204-2500

| **Name of Law Enforcement Agency or Evaluation Facility/Person:** | **Address of Law Enforcement Agency or Evaluation Facility/Person:** |
|---|---|
| | **Alta Bates Emergency Department**<br>**2450 Ashby Avenue, Berkeley, CA 94705** |

**NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY**

Notify (officer/unit & telephone #): ____________

**NOTIFICATION OF PERSON'S RELEASE IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:**

☐ The person has been referred to the facility under circumstances which, based upon an allegation of facts regarding actions witnessed by the officer or another person, would support the filing of a criminal complaint.

☐ Weapon was confiscated pursuant to Section 8102 W&I Code. Upon release, facility is required to provide notice to the person regarding the procedure to obtain return of any confiscated firearm pursuant to Section 8102 W&I Code.

**SEE SUBSEQUENT PAGES FOR DEFINITIONS AND REFERENCES**

# Exhibit "H"

**ED Notes (continued)**

Electronically signed by Stokes, Alexandria Jeanne Abbot, RN at 08/26/24 1617

**ED Notes by Stokes, Alexandria Jeanne Abbot, RN at 8/26/2024 1130**

Pt pacing in room. Requesting a private room. RN reassure patient that her current room was private, although if that changed she would be notified. RN opened the curtain between the two beds to reassure pt.

Electronically signed by Stokes, Alexandria Jeanne Abbot, RN at 08/26/24 1131

**ED Triage RN Note by Hoyle, Sharon L, RN at 8/26/2024 1022**

**Arrived via: Private Auto**

**Arrived From: Home**

**Contact Information: None**

**Triage Note:**
Summit ED last night for abd pain, nausea. dc'd this am. Pt has continued pain.

Electronically signed by Hoyle, Sharon L, RN at 08/26/24 1023

**Orders**

**Internal Referral**

**REFERRAL TO INPATIENT PSYCHIATRY, INT (Active) [1976050492]**

Electronically signed by: **Hanna, Abanoub Paul Sameh, MD on 08/26/24 1237** Status: **Active**
Ordering user: Hanna, Abanoub Paul Sameh, MD 08/26/24 1237
Authorized by: Hanna, Abanoub Paul Sameh, MD
Frequency: Routine 1 Time 08/26/24 1240 - 1 occurrence
Quantity: 1
Ordering provider: Hanna, Abanoub Paul Sameh, MD
Ordering mode: Standard
Class: Internal Auth
Instance released by: Hanna, Abanoub Paul Sameh, MD (auto-released) 8/26/2024 12:37 PM

Order comments: Best call back number: 2500 Legal Status: Reason: Gravely disabled ED contact number: 2450 ASHBY AVENUE BERKELEY CA 94705 Phone: 510-204-2500 Fax: 510-204-2565 Patient presents with: Abdominal pain: Summit ED last night for abd pain, nausea. dc'd this am. Pt has continued pain. Final diagnoses: None COVID 19 Status: Not resulted Isolation Precautions: Comments (Additional useful information for receiving facility):

**Medications**

**midazolam (VERSED) Inj 2 mg (Discontinued) [1976050494]**

Electronically signed by: **Hanna, Abanoub Paul Sameh, MD on 08/26/24 1359** Status: **Discontinued**
Ordering user: Hanna, Abanoub Paul Sameh, MD 08/26/24 1359
Authorized by: Hanna, Abanoub Paul Sameh, MD
Frequency: Routine NOW 08/26/24 1400 - 1 occurrence
Discontinued by: Discharge Provider, Automatic 08/27/24 0031
Acknowledged: Vargas, Lindsey, RN 08/26/24 1435 for Placing Order
Admin instructions: **BLACK BOX WARNING**
Package: 0641-6057-25
Ordering provider: Hanna, Abanoub Paul Sameh, MD
Ordering mode: Standard
Class: Print

**08/26/2024 - ED in Alta Bates Emergency (continued)**

**Orders (continued)**

**ziprasidone (GEODON) Inj 10 mg (Discontinued) [1976050495]**

Electronically signed by: **Hanna, Abanoub Paul Sameh, MD on 08/26/24 1359** Status: **Discontinued**
Ordering user: Hanna, Abanoub Paul Sameh, MD 08/26/24 1359
Ordering provider: Hanna, Abanoub Paul Sameh, MD
Authorized by: Hanna, Abanoub Paul Sameh, MD
Ordering mode: Standard
Frequency: Routine ONCE 08/26/24 1400 - 1 occurrence
Class: Print
Discontinued by: Discharge Provider, Automatic 08/27/24 0031
Acknowledged: Vargas, Lindsey, RN 08/26/24 1435 for Placing Order
Admin instructions: --- IM ADMINISTRATION ONLY --- Reconstitute with 1.2mL Sterile Water --- Maximum daily dose = 40mg --- IM dose not to exceed 3 consecutive days
**BLACK BOX WARNING**
Hazardous Drug: Use link to view personal protective equipment (PPE) requirements. **BLACK BOX WARNING**
Package: 0049-3920-83

**aluminum/magnesium hydroxide/simethicone (MYLANTA) Oral Susp 30 mL (Discontinued) [1976050493]**

Electronically signed by: **Hanna, Abanoub Paul Sameh, MD on 08/26/24 1321** Status: **Discontinued**
Ordering user: Hanna, Abanoub Paul Sameh, MD 08/26/24 1321
Ordering provider: Hanna, Abanoub Paul Sameh, MD
Authorized by: Hanna, Abanoub Paul Sameh, MD
Ordering mode: Standard
Frequency: Routine NOW 08/26/24 1325 - 1 occurrence
Class: Print
Discontinued by: Discharge Provider, Automatic 08/27/24 0031
Acknowledged: Stokes, Alexandria Jeanne Abbot, RN 08/26/24 1347 for Placing Order
Admin instructions: Shake well before using
Package: 0121-1761-30

**OLANZapine ODT (zyPREXA ZYDIS) Solutab 10 mg (Discontinued) [1976050490]**

Electronically signed by: **Hanna, Abanoub Paul Sameh, MD on 08/26/24 1230** Status: **Discontinued**
Ordering user: Hanna, Abanoub Paul Sameh, MD 08/26/24 1230
Ordering provider: Hanna, Abanoub Paul Sameh, MD
Authorized by: Hanna, Abanoub Paul Sameh, MD
Ordering mode: Standard
Frequency: Routine ONCE 08/26/24 1235 - 1 occurrence
Class: Print
Discontinued by: Hanna, Abanoub Paul Sameh, MD 08/26/24 1400
Acknowledged: Stokes, Alexandria Jeanne Abbot, RN 08/26/24 1301 for Placing Order Vargas, Lindsey, RN 08/26/24 1435 for D/C Order
Admin instructions: Dissolve on tongue; do NOT chew or swallow whole. **BLACK BOX WARNING**
Package: 0002-4454-85

**NUTRITION**

**DIET (Active) [1976050497]**

Electronically signed by: **Stokes, Alexandria Jeanne Abbot, RN on 08/26/24 1631** Status: **Active**
Ordering user: Stokes, Alexandria Jeanne Abbot, RN 08/26/24 1631
Ordering provider: Hanna, Abanoub Paul Sameh, MD
Authorized by: Hanna, Abanoub Paul Sameh, MD
Ordering mode: Standardized RN Procedures
Frequency: Routine Start Now 08/26/24 1635 - Until Specified
Class: IP Performed
Quantity: 1
Instance released by: Stokes, Alexandria Jeanne Abbot, RN (auto-released) 8/26/2024 4:31 PM

**Questionnaire**

| Question | Answer |
| --- | --- |
| Service Directions | Safety Tray |
| Common Diet | Regular |

**MAR-Medication Administration**

**aluminum/magnesium hydroxide/simethicone (MYLANTA) Oral Susp 30 mL [1976050493]**

Ordering Provider: Hanna, Abanoub Paul Sameh, MD
Status: Discontinued (Past End Date/Time)
Ordered On: 08/26/24 1321
Starts/Ends: 08/26/24 1325 - 08/27/24 0031

# Exhibit "I"

FALCK

PO BOX 31101-2112 Pasadena, CA 91110-2112
Electronic Service Requested

0102010004684

FA_A▲004684 B6
Yvonne Ya-Wen
379 8th St Apt 108
Oakland CA 94607-4250

Amount Due Upon Receipt

**$592.91**

## Important Messages

Falck was your ambulance services provider. Please review the enclosed documentation for important information about your claim. If you have any questions, please contact our Patient Experience Team at (844) 476-0009.

## Account Summary

**Guarantor Number NC-714916**

| | |
|---|---|
| Statement Date | 03/13/2025 |
| **Total Patient Balance** | **$592.91** |
| Payment Plan Amount Due | $0.00 |
| **Amount Due Now** | **$592.91** |
| **DUE UPON RECEIPT** | |

## Payment Methods

Pay online: **www.falck.us/billpay**

Pay by Phone: (844) 305-5706
Use Access code: **126253**

Scan this QR code for quick access with a smartphone

## Payment Options

| **Payment Plan** | | **Pay In Full** |
|---|---|---|
| **$197.64** x 3 months | OR | **$592.91** Due Upon Receipt |

View All Options: www.falck.us/billpay

## Customer Service

**If you have questions about your bill, please call (844) 476-0009**

Hours of operation:
Monday - Friday 7:00 AM - 4:00 PM MST

---

FALCK

PO BOX 31101-2112 Pasadena, CA 91110-2112

**Guarantor Number** NC-714916

**Guarantor Name** YVONNE YA-WEN

**Due Date** Upon Receipt

**Minimum Amount Due: $592.91**

**Amount Enclosed** ____________

*Make a payment of $197.64 to activate a payment plan. By paying monthly, I agree to the terms located at www.falck.us/billpay*

Pay Online
www.falck.us/billpay

*If paying by check, please make check payable to Falck Northern California and include your guarantor # on your check*

Falck Northern California
PO BOX 31101-2112
Pasadena CA 91110-2112

5NC-24-074276

FALCK



PO BOX 31101-2112 Pasadena, CA 91110-2112

020201004694

**Guarantor Number** NC-714916
**Guarantor Name** YVONNE YA-WEN
**Statement Date** 03/13/2025

## Accounts Not On Payment Plan

| | Description | Charges | Insurance Pmt/Adj | Patient Pmt/Adj | Patient Responsibility |
|---|---|---|---|---|---|
| Medical Services | | | | | |
| Visit: 5NC-24-074276 | Patient Name: Yvonne Ya-Wen Location: ALTA BATES SUMMIT MEDICAL CENTER, SUMMIT CAMPUS | | | | |
| 08/26/2024 | (A0427) 911 ALS EMERGENCY | $4,051.06 | | | |
| | (A0425) 911 MILEAGE | $182.82 | | | |
| | (A0429) 911 BLS EMERGENCY | $4,051.06 | | | |
| | Insurance Payments & Adjustments | | -$7,692.03 | | |
| | **Account Subtotals** | **$8,284.94** | **-$7,692.03** | **$0.00** | **$592.91** |
| | **Account (Not on a Plan) Totals** | **$8,284.94** | **-$7,692.03** | **$0.00** | **$592.91** |

PCR report: care rep
Patie

~~Pe~~.

# Exhibit "J"

**From:** Yvonne feng <yvonneaah@yahoo.com>
**Sent:** Friday, May 2, 2025 1:25 PM
**To:** Waynette Freeman <waynette.freeman@falck.com>
**Subject:** Re: Falck Northern California-Alameda, Run# 24074276, Ya-Wen

ATTN: FALCK ALAMEDA COUNTY

MS. Waynette Freeman

Your statement is a complete a lie. Your company was sit on the invoices for more than a half year, never send out, which shows you have somethings to hide. You tried to delete the transection for the ALS Ambulance service which was unlawful detention, to cover up for the law enforcement FBI who was an organized crime signed order of 5150 involuntary transportation. I don't believe your paramedics would transport me without a law enforcement's order. You are pretending these are mistakes, no! these are not mistakes. You and your company refused to release the information and deleted records which has commit Obstruction of Justice and Aiding and Abetting. Your Paramedic has to take on all the consquences for the crime commit by FBI mob: Assault and Battery, False Arrest and False Imprisonment.

There is no such things called a mistake with all the detail information in my account, and hospitals also has the records can prove your lie. What kind coincidences these are, that you made a mistake on a service which is a crime? Unless you want your staffs and company get into a big trouble. Do you know you can not take back your words? The more you denied the bigger lie you created.

Regards

Waynette Freeman (<waynette.freeman@falck.com>) 在 2025年4月30日星期三 下午03:57:07 [PDT] 寫道：

Good afternoon,

Thank you for reaching out regarding Run Number 24074276 (Guarantor Number: NC-714916, Incident Number: 9824101545). I've reviewed the details, and our records show that our crew responded to a 9-1-1 call on August 26, 2024, providing services from New Gold Medal Restaurant, 389 8th St, Oakland, CA 94606 to Alta Bates Summit Medical Center, Summit Campus, 3100 Summit St, Oakland, CA 94609 at 3:11 AM.

I understand there's some confusion regarding the patient bill you received dated March 13, 2025. The statement was sent out prematurely before we could confirm whether you had insurance coverage. On Page 3 of the statement, you'll notice charges for both ALS and BLS levels of service. This discrepancy occurred because the transport was initially coded as an ALS level of service. However, after further review, our billing team confirmed that the transport should have been coded as a BLS level of service.

To clarify, the ALS and BLS levels of service have the same base rate in Alameda County, and the level of service was updated from ALS to BLS. This explains the two charges on the patient statement that was sent out in error. In summary, the transport was a BLS transport, which includes:

BLS base rate: $4,051.06
Mileage fee: $182.82 (2 miles x $91.41 per mile)

Currently, the account is on hold in our billing system while we determine whether you have health insurance to bill. I understand you're in contact with your international insurance provider regarding the ambulance bill. To help us update the account correctly, could you please confirm whether you have any U.S. health insurance? If not, we can update the account status to "bill patient," which will generate a bill and remove the account from hold status.

Please note that the uninsured discount of $3,640.97 will remain applied to the account since you are uninsured in the U.S.

Additionally, two of our internal departments have thoroughly searched our records and were unable to locate a second transport for the trip you mentioned. Falck Northern California-Alameda did not provide the transport from Alta Bates Summit - Alta Bates Emergency (2450 Ashby Avenue, Berkeley, CA 94705) to Alta Bates Summit - Herrick (2001 Dwight Way, Berkeley, CA 94704).

If you have any further questions or need clarification, please don't hesitate to reach out. My direct email is Waynette.Freeman@falck.com and my direct phone number is 602-654-3101. Our office hours are Monday-Friday 7:00am to 4:00pm Arizona time.

Kind regards,

**Waynette Freeman**
Patient Experience Supervisor
*Falck USA – Central Billing Office*

FALCK

**Office** 844-476-0009 or 844-231-8264
**Fax** 877-768-1164
**Email** usacbo@falck.com

1201 S Alma School Rd, Ste 16300
Mesa, AZ 85210, USA
www.falck.us/cbo

CONFIDENTIALITY STATEMENT: The information in this e-mail is confidential and may be legally privileged. It is intended for the use only of the addressee. If you have received this communication in error, be advised that any dissemination of the email or its attachments is strictly forbidden. If you are not the intended recipient of the email, please erase all copies of the message and its attachments and notify us immediately.
SECURITY WARNING: Please note that this e-mail has been created in the knowledge that Internet email is not a 100% secure communications medium. We advise that you understand and observe this lack of security when e-mailing us. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we recommend that the recipient should ensure local scanning of the content and any attachment

**From:** Falck Medical Record <FalckMedicalRecords@falck.com>
**Sent:** Wednesday, April 30, 2025 12:22 PM
**To:** Yvonne feng <yvonneaah@yahoo.com>
**Cc:** Shannon Pretz <Shannon.Pretz@Falck.com>; Waynette Freeman <waynette.freeman@falck.com>; cbo <usacbo@falck.com>
**Subject:** RE: FNC_PT REQ_YVONNE YA-WEN FENG_NC-714916

# Exhibit "K"

**ED Notes**

**ED Notes by Peng, Teresa, RN at 8/27/2024 0012**

**Patient's GCS at time of Discharge: 14**

**Discharge Destination from ED: Facility- Name: Herrick Hospital Telephone Number: 4447 Report called to: Adi**

**Discharge Transportation: EMS- Company: Pro-transport Unit: 293**

**Responsible Party: Other: Pro-transport**

**Discharge Note:** transferred to Herrick 3EA.

Electronically signed by Peng, Teresa, RN at 08/27/24 0014

**ED Notes by Peng, Teresa, RN at 8/27/2024 0002**

Patient refusing to go to Herrick. Patient getting increasingly agitated. Dr. Kim at bedside speaking to patient.

Electronically signed by Peng, Teresa, RN at 08/27/24 0004

**ED Notes by Peng, Teresa, RN at 8/26/2024 2349**

Report given to Adi @ 3EA. ETA for transport given.

Electronically signed by Peng, Teresa, RN at 08/26/24 2350

**ED Notes by Peng, Teresa, RN at 8/26/2024 2323**

Attempted to give report to 3EA. Unable to do so at this time.

Electronically signed by Peng, Teresa, RN at 08/26/24 2324

**ED Notes by Gray, Monique Marie, RN at 8/26/2024 2212**

Report received from Teresa, RN. Assumed temporary care of pt for lunch relief. Pt on 5150 hold, security standby present, safety measures in use. Pt sitting up on side of gurney, calm, conversing with security. NAD noted at this time. Awaiting transfer to Herrick. Continue obs.

Electronically signed by Gray, Monique Marie, RN at 08/26/24 2214

**ED Notes by Peng, Teresa, RN at 8/26/2024 2122**

# Exhibit "L"

Legal Copy

**Sutter Health**

ALTA BATES SUMMIT - ALTA BATES
2450 Ashby Avenue
Berkeley CA 94705-2067

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/26/2024, D/C: 8/27/2024

## 08/26/2024 - ED in Alta Bates Emergency (continued)

### Scans w/No Legal Documentation (group 2 of 2)

#### Ambulance Run Sheet

**Scan on 8/27/2024**

Clinical date/time: 8/27/2024 0000
Description: —
Service date/time: 8/27/2024 0000
Scan (below)

User: Scan, Onbase Inf
Status: Received

Falck Alameda County
Patient Care Record
Name: YA-WEN, YVONNE

Incident #: 9824101545 Date: 08/26/2024 Patient 1 of 1

| | | | |
|---|---|---|---|
| Last | YA-WEN | Address | 379 8TH ST |
| First | YVONNE | Address 2 | Apt 108 |
| Middle | | City | Oakland |
| Gender | Female | State | CA |
| DOB | 11/27/1962 | Zip | 94607 |
| Age | 61 Yrs, 8 Months, 30 Days | Country | US |
| Weight | 115.0 lbs - 52.2 kg (estimated) | Tel | Home Mobile - 3412139007 |
| Height | 5 ft, 5.0 in - 165.1 cm (estimated) | Physician | |
| Pedi Color | | Phys. Tel | |
| SSN | | Ethnicity | Not Hispanic or Latino |
| Race | Asian | | |
| Advance Directives | | | |
| Resident Status | | Not Homeless | |
| Patient Resides in Service Area | | | |
| Temporary Residence Type | | | |

| | |
|---|---|
| Primary Impression | Abdominal Pain |
| Secondary Impression | Nausea |
| Protocols Used | |
| Local Protocol Provided Care Level | |
| Anatomic Position | |
| Onset Time | 02:45:00 08/26/2024 |
| Last Known Well | 02:45:00 08/26/2024 |
| Chief Complaint | abdominal pain |
| Duration | Units |
| Secondary Complaint | |
| Duration | Units |
| Patient's Level of Distress | None |
| Signs & Symptoms | Abdominal - left upper quadrant pain (Primary)<br>Nausea |
| Injury | -- |
| Additional Injury | |
| Mechanism of Injury | |
| Medical/Trauma | Medical |
| Barriers of Care | None Noted |
| Alcohol/Drugs | None Reported |
| Pregnancy | No |
| Initial Patient Acuity | Lower Acuity (Green) |
| Final Patient Acuity | Lower Acuity (Green) |
| Patient Activity | Activity, Unspecified |

Feng, Yvonne Ya – Wen
MRN: 67348402 HANNA, ABANOUB PAUL SAM HAR: 303582829
11/27/1962 61 yrs
SEX: F Emergency
"MEDS,LABS" CSN: 1356014931 8/26/24

| | |
|---|---|
| Medications | None Reported |
| Allergies | No known allergies |
| History | Diabetes, Kidney Stone |
| Immunizations | |
| Last Oral Intake | |

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifiers | RASS | BARS | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02:58 | Alert | L | Sit | 114/80 M | 78 R | 20 R | 98 Rm | | | 345 | | 6 | 15= 4 + 5 + 6 /NFP | | | 12 | |
| 03:14 | Alert | L | Sit | 128/82 M | 76 R | 18 R | 98 Rm | | | | 98.6 F/O | 6 | 15= 4 + 5 + 6 /NQ | | | 12 | |

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 02:58 | BLS Assessment | Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | Ratcliff-Jones, Alexander |

Assessment Time: 08/26/2024 02:58:21

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Mental Status | Pt was hyperverbal and believed she was being poisoned with radiation. | Mental Status | ✓ | Oriented - Event • Oriented - Person • Oriented - Place • Oriented - Time • Other |
| Skin | | Skin | ✓ | Pale |
| HEENT | | Head | | Head: No Abnormalities |
| | | Face | | Face: No Abnormalities |
| | | Eyes | | Both Eyes: PERRL |
| | | Neck | | No Abnormalities |
| Chest | | Chest | | Not Assessed |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | | Not Assessed |
| Abdomen | | General | ✓ | Pain |
| | | Left Upper | ✓ | Pain |
| Back | | Back | | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | | Pelvis/GU/GI: No Abnormalities |

*Run Number: 24000108281*
*Hospital Chart Number: AC1354940700*

*Page 1 of 3*

*08/26/2024 03:52:03*
*Template Version: PCR-WEB-1.3.1*
*Data Version: 00287-000000001798F903*

Legal Copy

**Sutter Health**

ALTA BATES SUMMIT - ALTA BATES
2450 Ashby Avenue
Berkeley CA 94705-2067

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/26/2024, D/C: 8/27/2024

## 08/26/2024 - ED in Alta Bates Emergency (continued)

### Scans w/No Legal Documentation (group 2 of 2) (continued)

Falck Alameda County
Patient Care Record

Name: YA-WEN, YVONNE | Incident #: 9824101545 | Date: 08/26/2024 | Patient 1 of 1

Assessment Time: 08/26/2024 02:58:31

| Category | Comments | Subcategory | |
|---|---|---|---|
| Extremities | | Left Arm | Whole Arm and Hand: No Abnormalities |
| | | Right Arm | Whole Arm and Hand: No Abnormalities |
| | | Left Leg | Left Leg and Foot: No Abnormalities |
| | | Right Leg | Right Leg and Foot: No Abnormalities |
| Neurological | | Neurological | Normal Baseline For Patient |
| Neonatal | | | |

Unit B121 responded code 2 for a 61 yo f with abdominal pain. Pt was found walking out front of her apartment on 8th street in Oakland. Pt was assisted into ambulance and secured.

Pt was A&Ox4 GCS 15 with upper left abdominal pain which had been occurring for multiple months. Pt endorsed nausea, denied recent vomiting, diarrhea, CP, SOB. Pt stated she has been nauseous with vertigo on and off for the past few months. No trauma or deformity was noted on abdomen, abdomen was tender to palpation

Pt was hyperglycemic, other vitals were stable. Pt reported that she had a history of "lumps" on her kidneys, and "burst blood vessels" in her liver, but was unable to clarify what this meant. Pt had hx of diabetes, and reported that she takes no medications or supplements. Pt was hyperverbal and believed that she was being attacked by someone with radiation. Pt stated that she has been attacked by radiation for years now and that people are trying to poison her food. Pt denied any cancer treatment that would explain radiation therapy, and was adamant that she was being attacked and people were trying to kill her because of the "magnetic health devices" she had invented.

Pt was transported to Summit Medical Center code 2. During transport pt was monitored and mentation and vitals remained at baseline. At destination pt was assisted to walk from gurney to bed and secured. Pt care was transferred to RN Quoc K. End of pt contact.

| | | | | | |
|---|---|---|---|---|---|
| Location Type | Street or Highway | Disposition | | PSAP Call | 02:47:22 |
| Location | NEW GOLD MEDAL RESTAURANT | Unit Disposition | Patient Contact Made | Dispatch Notified | 02:47:22 |
| Address | 389 8TH ST | Patient Evaluation and/or Care Disposition | Patient Evaluated and Care Provided | Call Received | 02:47:22 |
| Address 2 | | Crew Disposition | Initiated and Continued Primary Care | Dispatched | 02:47:36 |
| Mile Marker | | Transport Disposition | Transport by This EMS Unit (This Crew Only) | En Route | 02:47:56 |
| City | Oakland | Reason for Refusal or Release | | Staged | |
| County | Alameda | Transport Mode Descriptors | No Lights or Sirens | Resp on Scene | 02:54:43 |
| State | CA | Transport Due To | Closest Facility | On Scene | 02:54:43 |
| Zip | 94606 | Transported To | Alta Bates Summit Medical Center, Summit Campus | At Patient | 02:55:03 |
| Country | US | Requested By | Patient | Care Transferred | |
| Medic Unit | B121 | Destination | Hospital | Depart Scene | 03:11:20 |
| Medic Vehicle | 754 | Department | Emergency Room | At Destination | 03:22:03 |
| Run Type | Emergency Response (Primary Response Area) | Address | 3100 Summit Street | Pt. Transferred | 03:39:37 |
| Response Mode | Emergent | Address 2 | | Call Closed | 03:52:00 |
| Response Mode Descriptors | No Lights or Sirens | City | Oakland | In District | |
| Shift | | County | Alameda | At Landing Area | |
| Zone | North | State | CA | | |
| Level of Service | Basic Life Support | Zip | 94609 | | |
| EMD Complaint | Sick Person | Country | US | | |
| EMD Card Number | | Zone | | | |
| Dispatch Priority | Priority 4 (Non-Acute [e.g. Scheduled Transfer or Standby]) | Condition at Destination | Unchanged | | |
| | | State Wristband # | | | |
| | | Destination Record # | | | |
| | | Trauma Registry ID | | | |
| | | STEMI Registry ID | | | |
| | | Stroke Registry ID | | | |

Feng, Yvonne Ya – Wen
HAR: 308582828
MRN: 67348402 HANNA, ABANOUB PAUL SAM
11/27/1962 61 yrs
SEX: F Emergency
*MEDS LABS* CSN: 1355014831 8/26/24

| Personnel | Role | Certification Level |
|---|---|---|
| Ratcliff-Jones, Alexander | Lead | EMT-Basic (California) - E183457 |

Run Number: 24000108281
Hospital Chart Number: AC1354940700

Page 2 of 3

08/26/2024 03:52:0
Template Version: PCR-WEB-1.3.
Data Version: 00287-000000001798F90

## 08/26/2024 - ED in Alta Bates Emergency (continued)

### Scans w/No Legal Documentation (group 2 of 2) (continued)

**Falck Alameda County**
Patient Care Record

Name: YA-WEN, YVONNE  Incident #: 9824101545  Date: 08/26/2024  Patient 1 of 1

| Crew Members | | |
|---|---|---|
| gomez, Robert | Driver | EMT-Basic (California) - E184584 |

| | | | | | |
|---|---|---|---|---|---|
| Insured's Name | | Primary Payer | | Dispatch Nature | |
| Relationship | | Medicare | | Response Urgency | |
| Insured SSN | | Medicaid | | Job Related Injury | No |
| Insured DOB | | Primary Insurance | | Employer | |
| Address1 | | Policy # | | Contact | |
| Address2 | | Primary Insurance Group Name | | Phone | |
| Address3 | | Group # | | Mileage to Closest Hospital | |
| City | | Secondary Ins | | | |
| State | | Policy # | | | |
| Zip | | Secondary Insurance Group Name | | | |
| Country | | Group # | | | |

| | | | | |
|---|---|---|---|---|
| Scene | 1.0 | | Category | Delays |
| Destination | 2.7 | | Dispatch Delays | None/No Delay |
| Loaded Miles | 1.7 | geo-verified | Response Delays | None/No Delay |
| Start | | | Scene Delays | None/No Delay |
| End | | | Transport Delays | None/No Delay |
| Total Miles | | | Turn Around Delays | None/No Delay |

| Additional Agencies |
|---|
| No First Responder |

| Item | Given To | Comment |
|---|---|---|
| Other | | |
| Purse/Wallet | | |

| | | | |
|---|---|---|---|
| How was Patient Moved To Stretcher | | How was Patient Moved To Ambulance | Assisted/Walk |
| How was Patient Moved From Ambulance | Stretcher | Patient Position During Transport | Fowlers (Semi-Upright Sitting) |
| Condition of Patient at Destination | Unchanged | | |

Feng, Yvonne Ya-Wen
HAR: 308582828
MRN: 67348402  HANNA, ABANOUB PAUL SAMEH
11/27/1962 61 yrs
SEX: F  Emergency
*MEDS,LABS*  CSN: 1358[illegible]14691 8/26/24

Run Number: 24000108281
Hospital Chart Number: AC1354940700
Page 3 of 3
08/26/2024 03:52:0.
Template Version: PCR-WEB-1.3..
Data Version: 00287-000000001T98F90.

### BH Documentation

#### Scan on 8/27/2024

Clinical date/time: 8/27/2024 0000
Description: OBSERVATION TOOL
Service date/time: 8/27/2024 0000

User: Scan, Onbase Inf
Status: Received

# Exhibit "M"

B. Recognizing Dangerous situations and Triggers
C. Coping skills to help manage stress

If the patient is a smoker, has nicotine replacement been ordered? yes

Other substance use:
negative

Care plan reviewed: yes

Medicare initial certification done: N/A

**DIAGNOSTIC IMPRESSIONS:**
61 yo female with a history of psychosis now with somatic delusions, pressured speech and bizarre ideation. Would restart Risperdal at 1mg. Client is refusing. May need Riese and 5250

Primary Diagnosis:
Unspecified schizophrenia spectrum and other psychotic disorder F29

Active Problem List with ICD-10 Codes

**Active Hospital Problems**

| Diagnosis | Date Noted | Date Diagnosed |
|---|---|---|
| • Psychosis, unspecified psychosis type (CMS/HCC) [F29] | 08/27/2024 | |

Principle diagnosis selected in problem list yes

**PLAN:**
Admit to Inpatient Psychiatry Unit
Assessment of Impulsiveness
Monitoring for Suicide Risk
Screening Labs as Ordered
Pharmacologic Evaluation
Family Evaluation and Therapy
Evaluation of Social Functioning
Group Therapy
Milieu Therapy
CONSULT TO INTERNAL MEDICINE

#Psychiatry

Start Risperdal 1mg po QHS

#Medical
# diabetes mellitus type 2 not on long term insulin-patient acknowledges history of diabetes however refuses treatment including insulin and oral medications. States that she manages her blood sugars were healthy lifestyle choices and Chinese medicine magnetic therapy.
-carbohydrate controlled diet
-hemoglobin A1c pending
-basal bundle insulin if patient will allow

# hypertension -patient denies any prior history of hypertension patient reports believes that hypertension was exacerbated by severe agitation in the emergency department
-blood pressure overall improved, goal blood pressure and diabetic would be systolic blood pressure of 130 or less patient declines to consider antihypertensive medications at this time.
-outpatient follow-up

# renal angiomyolipoma-incidental note on CT scan
-outpatient follow-up

# abdominal pain nausea and vomiting- patient reports onset of abdominal pain nausea and vomiting several days before her initial visit to the emergency department. Currently improved.
Noncontrast CT of the abdomen was without acute findings, UA and lab tests were unremarkable
-discussed with patient recommend if has persistence of symptoms should have outpatient colonoscopy ( is overdue for colonoscopy for routine screening anyway) and ultrasound of right upper quadrant to further evaluate gallbladder.

# indeterminate presence of adrenal nodule noted on noncontrast CT scan-outpatient follow-up for performance of scan with contrast to further delineate and confirmed presence

#Legal- 5150, consider 5250 on 8/29

#Dispo - TBD

Anita S Ramanathan, MD

90792

Total time spent: 60 min.

**Orders**

**ADMISSION**

**ADMIT TO INPATIENT FROM OBSERVATION [1976839692] (Completed)**

**Ramanathan, Anita S, MD on 08/27/24 1037** — **Completed**
Ramanathan, Anita S, MD 08/27/24 1037 — Ramanathan, Anita S MD

# Exhibit "N"

16/29

Providence
HEALTH CARE
How you want to be treated.

## FINAL DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| Name | FENG, YVONNE YA-WEN | DOB | 27/11/1962 |
| Ward | 9A | Care | ACUT |
| Admit | 10/08/2012 | Discharge | 05/09/2012 |
| Chart | 10-01-15-67-2/1000001105751 | PHN | 9123485348 |

**DISCHARGE DIAGNOSIS**
Axis I: Paranoid not yet diagnosed.

Axis II: None.

Axis III: Hypercholesterolemia.

Axis IV: Moderate severe dispute with landlord.

Axis V: 40.

**DISCHARGE PLANS**
1. This lady will be followed up by the West End Mental Health Team. She will be getting an appointment with them before she is discharged.

2. She will be continued on risperidone 2 mg at night and clonazepam 0.5 mg t.i.d.

3. This lady will be discharged as a voluntary patient.

**COURSE OF ILLNESS**
This lady was admitted to St. Paul's Hospital on August 10, 2012. She had brought herself to hospital at the request of her family doctor. She was feeling very unsafe in the community. She felt that there were some conflicts she has been having with her landlord where she performs Chinese medicine. This conflict expanded in her mind to the beliefs that she is being followed and that potentially Mafia were involved and at times that she may be in danger. She felt that there were cameras and recording devices that had been installed in her workplace as well as in her computer and that there was a danger that people may actually want to try and harm her and possibly kill her in the future. She had been in contact with the police on numerous occasions around this, but there was no action taken.

After admission to hospital, this lady was started on low-dose olanzapine while in PASU but states that she was generally refusing to take it. After being transferred up to 9A, it was stated that she would either have to start taking her medications or be discharged from hospital. As she was feeling quite fearful about being out in the community, she agreed to start taking her medications. Her baseline cholesterol and the fasting blood glucose were slightly elevated and we discussed the risks and benefits of olanzapine, we thought we should at least give this a full trial.

Over the course of the hospitalization, Ms. Feng had no behavioral difficulties while on the unit. She was gradually increased up to 15 mg of olanzapine and had some general improvement from this. Her thoughts around her landlord and the dispute she was having in the community remained the same, but she used to pay less attention to the difficulties of possibly being followed or being watched. Because of this, it was felt that we were having some improvement in her paranoia.

The clinical challenge of Ms. Feng's presentation was her very marked belief that she had no mental illness and was not a person with a "psychotic illness." She was very distressed by having this label put upon her and was very defiant that this was not the appropriate thing to be doing. We were able to search for common language to use around the symptoms she was feeling and she did acknowledge that

15/28

Providence HEALTH CARE
How you want to be treated.

FENG, YVONNE YA-WEN
1000001105751
FINAL DISCHARGE SUMMARY

she was feeling paranoid. She acknowledged that the paranoia was distressing her greatly, and as long as the Clinical Team made no attempts to try and determine whether the paranoia was due to real events or not, she was cooperative with care and was cooperative with the idea that she would be potentially benefiting from medications. However, Ms. Feng gets very defensive and angry about any suggestion that she has a psychiatric illness or has psychosis.

The last week in hospital was spent on a new treatment regimen of risperidone 2 mg at night and clonazepam 0.5 mg t.i.d. There were a number of reasons for this. I thought that she was having some benefit from the olanzapine but not a significant one and did not want to go higher in dose. I also found that her fasting cholesterol had increased from 5.7 to 6.34, her fasting triglycerides had increased from 2.64 to 3.05, and her fasting glucose had increased from 7.9 to 8.2, and this was after being on medications for just over a month. With this in mind, we switched to risperidone, which may have less metabolic risk, and added in clonazepam for anxiety and agitation.

The last week in hospital was uneventful. This lady was having no significant difficulties, was not having problems in terms of confrontations with her landlord and was not having problems on the ward. Her insight remained very very limited and was not improving. We had planned on a discharge date of September 5, 2012, approximately a couple weeks prior to this date, and she was still keen to go towards this.

**MENTAL STATUS EXAMINATION ON DISCHARGE**
This lady was seen on the ward of 9A. She was initially pleasant and cooperative. She becomes quite vociferous when talking about her beliefs that she has no psychiatric diagnosis and that she does only suffer from paranoia based on real events surrounding her. She does state that she had no other psychotic symptoms and certainly there is no evidence of any other psychosis in the form of hallucinations nor other beliefs around being harassed by her landlord. She was very upset with the idea that the word delusional was used around her symptoms, but this was repeatedly stated to her that this was the most likely description of the events that she feels are unfolding in her life. Her mood was subjectively and objectively euthymic, her affect was mobile with irritability and her psychomotor activity level was slightly elevated but generally normal. Cognitive testing was not done, but she was clearly oriented in all 3 spheres and had good short-term memory.

**LABORATORY INVESTIGATIONS WHILE IN HOSPITAL**
CBC and differential were normal as were her electrolytes. She had a normal level of iron as well as her CK level was normal. She had a CT head scan which was showing no abnormalities. Her liver function tests of AST, ALT were normal and she had a slightly elevated gamma GT of 59. Her TSH was normal at 0.97. Her ECG was normal. As mentioned, she had an elevated level of glucose fasting at 7.9 on admission and 8.2 on August 28, 2012. Her cholesterol was elevated at 5.7 on admission and 6.34 on August 28, 2012, and her triglycerides were elevated at 2.64 and 3.05 on August 28, 2012.

18/39

Providence HEALTH CARE
How you want to be treated.

FENG, YVONNE YA-WEN
1000001105751
**FINAL DISCHARGE SUMMARY**

Gordon William MacEwan, MD,FRCPC

GWM:ras
D: 05/09/2012 T: 05/09/2012

cc: Aquarius Medical Clinic
Gordon William MacEwan, MD,FRCPC
West End Mental H. Team

**Report not reviewed by author prior to distribution. Corrected report will be redistributed if necessary.**

# Exhibit "O"

Legal Copy
Sutter Health

ALTA BATES SUMMIT - HERRICK
2001 Dwight Way
Berkeley CA 94704

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/27/2024, D/C: 8/29/2024

**08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult (continued)**

**Scans (group 1 of 2) (continued)**

Sutter Health

**NOTICE OF CERTIFICATION FOR INTENSIVE TREATMENT PURSUANT TO SECTION 5250 *(14 DAYS INTENSIVE TREATMENT)* OR 5720.15 *(ADDITIONAL 30 DAYS INTENSIVE TREATMENT)* OF THE WELFARE AND INSTITUTIONS CODE**

Feng, Yvonne Ya-Wen
MRN: 67348402 RAMANATHAN, ANITA S
11/27/1962 61 yrs
SEX: F Adult Mental Health
*MEDS,LABS* CSN: 1355196344 8/27/2024
HAR: 303584863

State of California Health and Human Services Agency — Department of Health Care Services

**Confidential Patient Information** — ☒ **14 day hold** ☐ **30 day hold**

The authorized agency providing 14-day intensive treatment, County of ALAMEDA has custody of:

Name Yvonne Ya-Wen Feng

Address 379 8th Street apt 108 Oakland CA 94607

Marital Status divorced Date of Birth 11/27/62 Sex F

We, the undersigned, allege that the above-named person is, as a result of a mental disorder or impairment by chronic alcoholism (mark all that apply):

☐ A danger to others ☐ A danger to himself or herself ☑ Gravely disabled as defined in subdivision (h) of Section 5008 of the Welfare and Institutions Code

The specific facts which form the basis for our opinion that the above-named person meets one or more of the classifications indicated above are as follows:
Client is too delusional to meet needs for food, clothing and shelter

The above-named person has been informed of this evaluation, and has been advised of the need for, but has not been able or willing to accept treatment on a voluntary basis, or to accept referral to, the following services: Voluntary admission to Alta Bates Summit Medical Center Psychiatric Inpatient Services or any other county-designated psychatric treatment facility.

We, therefore, certify the above-named person to receive intensive treatment related to the mental disorder or impairment by chronic alcoholism beginning this 29th day of August, 2024, in the intensive treatment facility herein named: Alta Bates Summit Medical Center Psychiatric Inpatient Services

Signature: [signature] Date: 8/27/24

Signature: ____________ Date: ____________

I hereby state that I delivered a copy of this notice this day to the above-named person and that I informed him or her that unless judicial review is requested a certification review hearing will be held within four days of the date on which the person is certified for a period of intensive treatment and that an attorney or advocate will visit him or her to provide assistance in preparing for the hearing or to answer questions regarding his or her commitment or to provide other assistance. The court has been notified of this certification on this day.

Signature: [signature] Date: 8/27/24

DHCS 1808 (Revised 12/2019) Original: Superior Court Copies: Person Certified – Personally delivered, Person's Attorney, Public Defender, District Attorney, Intensive Treatment Facility

SH-DV4P 05.24.2023

200117 72 HOUR PATIENT RIGHTS

**Scan on 8/29/2024**

Clinical date/time: 8/29/2024 0000
Description: FIREARM FORM 4009B - 8/29/24
Service date/time: 8/29/2024 0000
Scan (below)

User: Scan, Onbase Inf
Status: Received

# Exhibit "P"

**BH Discharge Summary**

**08/29/2024**

**Discharge Summary by Ramanathan, Anita S, MD at 8/29/2024 1323**

**BH MH IP DISCHARGE SUMMARY**

Admit Date: 8/27/2024
Discharge Date: 8/29/2024

**FINAL DIAGNOSES:**
Unspecified schizophrenia spectrum and other psychotic disorder F29

**ID & CHIEF COMPLAINT:** Yvonne Ya-Wen Feng is a 61 year old female with history of HTN, DMII psychosis admitted for somatic delusions and paranoia in context of abdominal pain .

**HPI:**
This is at least the second admission for this 61 yo female with a history of psychosis who presented to Summit ED on 8/26 stating that she had abdominal pain and had unremarkable labs and CT. She was discharged and then presented to Alta Bates and stated that the FBI was following her because she has a patent for a magnetic healing device which will take away money from pharmaceutical companies. She also stated that the FBI is injecting her with radiation to keep her from sleeping. She showed ED doctor a discharge summary from *2012 from Providence Health Care psychiatric which is in Canada where she states she used to live. There she was treated with the olanzapine for her paranoia with some improvement and was discharged on risperidone. The patient does not appear to be taking this anymore. States that in China she had an ultrasound of her liver that showed "holes" but her CT last night did not so she is requesting an US of her liver to prove that she has holes. No SI/HI or auditory hallucinations. Denies drug or alcohol use.*

On interview client states that she has been forced to be here. She states that she presented to the ED with pain and nausea. Goes into long discussion about how she has holes in her body "but I have no proof and the previous images were stolen. I'm 100% sure that I have liver issues." Client wants an ultrasound of her liver. She believes that her medical records have been contaminated and manipulated and that she has big black holes in her liver.

Client also states that she is a licensed inventor of a device to heal people without drugs and that others are "framing" her because they cannot make money if she uses her invention on patients. Client states that she was a Chinese health practitioner for many years.

Client adamantly states that she is not delusional. Client refused blood pressure medications last night when BP was elevated. It is lower now. She does not want to take medications for her DMII - glucoses are greater than 190.

Client states that she has seen psychiatrists in the past but "they proved I have nothing." Client does not believe that she has insurance.

**PAST PSYCHIATRIC HISTORY:**
Hospitalization 2012 and treated with Olz and Risp - stopped this medication but acknowledges they calmed her

**CHEMICAL DEPENDENCY HISTORY:**

# Exhibit "Q"

Legal Copy

**Sutter Health**

ALTA BATES SUMMIT - HERRICK
2001 Dwight Way
Berkeley CA 94704

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/27/2024, D/C: 8/29/2024

## 08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult (continued)

**Scans (group 1 of 2) (continued)**

Service date/time: 9/2/2024 0000
Scan (below)

**Sutter Health**

Feng, Yvonne Ya-Wen
MRN: 67348402 PRIESMAN, COREY A
11/27/1962 61 yrs PRIESMAN, COREY A
SEX: F Adult Mental Health
*MEDS,LABS* CSN: 1356198844

MAR

NSENT TO RECEIVE
... /CHOTROPIC MEDICATIONS

Page 1 of 2

Dr. Ramanathan, has recommended that you be treated with psychotropic medications as specified below. The hospital needs to maintain a written record of your decision to consent to the administration of the medications. You may be treated with psychotropic medications only after you have been informed of your right to accept or refuse such medications. In order to allow you to make an informed decision, you must be provided with sufficient information by the physician prescribing such medications, which must include the following:

1. The nature of your mental condition;
2. The reasons for taking the medication, including the likelihood of your improving or not improving without such medication;
3. The reasonable alternative treatments available, if any;
4. The name and type, range of frequency of administration, range of dosage amount (including use of PRN or "as needed" order), method of administration (oral or injection), and duration of taking the medications;
5. The probable side effects of these drugs known to commonly occur, and any particular side effects likely to occur in your particular case;
6. Regarding anti-psychotic medications, the possible additional side effects which may occur if you take such medication longer than three months. You should have been advised that such side effects may include persistent involuntary movement of the face or mouth or might at times include similar movement of the hands and feet, and that these symptoms of tardive dyskinesia are potentially irreversible and may appear after medications have been discontinued (your doctor will tell you if this possible side effect does not apply to the medication recommended for you).

.. You may refuse the medication. If you consent, you may withdraw it at any time by your stating such intention to any member of the treating staff.

| Medication Type | Specific Medication | Date Started (If other than admission) | Maximum Daily Dose/Range | For Medication Started After Admission, Patient & Physician Initial: Patient | Physician |
|---|---|---|---|---|---|
| Anti-psychotic | Risperdal | | 0-16mg/d | | |
| | Zyprexa | | 0-20mg/d | | |
| Anti-depressant | | | | | |
| Anti-anxiety | Ativan | | 0-6mg/d | | |
| Mood Stabilizer | | | | | |
| Anti-Parkinsonian | | | | | |
| Sedative/Hypnotic | Trazodone | | 0-200mg/d | | |
| ...er | | | | | |

EDI 107
01 15 2021

200227 DH CONSENT

## 08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult (continued)

**Scans (group 1 of 2) (continued)**

Sutter Health

CONSENT TO RECEIVE
PSYCHOTROPIC MEDICATIONS

Page 2 of 2

Feng, Yvonne Ya – Wen
MRN: 67348402 PRIESMAN, COREY A
11/27/1962 61 yrs PRIESMAN, COREY A
SEX: F Adult Mental Health
*MEDS,LABS* CSN: 1356190844
HAR

Your signature below constitutes your acknowledgment:

- You have read and agree to the foregoing.
- That the medications listed have been adequately explained and/or discussed with you by your physician, and you have received all of the information you desire concerning such medications and treatment.
- That you authorize and consent to the administration of such medications and treatment.

Date Time Signature (Patient/Representative)

If signed by other than patient, print name and relationship:

Name Relationship

8/27/24 1000 [signature]
Date Time Physician's Signature

Witnesses (2) only required for telephone consent, physical inability to sign, or signature by mark:

Date Time Witness Witness

EDT-197
01.15.2021

**Scan on 8/27/2024**

Clinical date/time: 8/27/2024 0000
Description: BH VERBAL COMMUNICATION CONSENT FORM - 8/27/24
Service date/time: 8/27/2024 0000
Scan (below)

User: Scan, Onbase Inf
Status: Received

**Exhibit "R"**

none

**FAMILY PSYCHIATRIC OR CHEMICAL DEPENDENCY HISTORY:**
denies

**SOCIAL HISTORY:**
History of trauma: no
History of neglect: no

Born and raised in Shanghai. Mother worked with pharmaceutical companies and father worked in electronics in a factory. Has two older siblings. Finished college and moved to Canada in 20's. Spent 30 years in Canada as a Chinese medicine practitioner. Married and div. No kids. Moved here 5 years ago and lives on her savings

**MEDICAL HISTORY:**
History - Past Medical History Chronological

| Medical History |
|---|
| No past medical history on file. |

Past Surgical History Chronological
No past surgical history on file.

ADDITIONAL MEDICAL OR SURGICAL HISTORY: None
NEUROLOGICAL HISTORY: none

Review of patient's allergies indicates no known allergies.

Current Medications

Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Admin |
|---|---|---|---|---|---|---|
| • acetaminophen (TYLENOL) Tab 650 mg | 650 mg | Oral | Q4H PRN | Baldwin, Emily, MD | | |
| • aluminum/magnesium hydroxide/sim | 30 mL | Oral | Q4H PRN | Baldwin, Emily, MD | | |

| | | | | |
|---|---|---|---|---|
| ethicone (MYLANTA) Oral Susp 30 mL | | | | |
| • dextrose 50% Inj 12.5 g | 12.5 g | Intravenous | PRN | Chandler, Lisa Jane, MD |
| • dextrose 50% Inj 25 g | 25 g | Intravenous | PRN | Chandler, Lisa Jane, MD |
| • glucagon (GLUCAGEN HYPOKIT) Inj 1 mg | 1 mg | Intramuscular | PRN | Chandler, Lisa Jane, MD |
| • glucagon (GLUCAGEN HYPOKIT) Inj 1 mg | 1 mg | Intramuscular | PRN | Chandler, Lisa Jane, MD |
| • glucose (GLUTOSE 15) Oral Gel 15 g | 15 g | Oral | PRN | Chandler, Lisa Jane, MD |
| • glucose (GLUTOSE 15) Oral Gel 30 g | 30 g | Oral | PRN | Chandler, Lisa Jane, MD |
| • insulin glargine (LANTUS, SEMGLEE) Inj Vial 6 Units | 6 Units | Subcutaneous | Q BEDTIME | Chandler, Lisa Jane, MD |
| • insulin lispro human (HUMALOG/ADMELOG) Inj Vial 0-6 Units | 0-6 Units | Subcutaneous | TID WITH MEALS | Chandler, Lisa Jane, MD |
| • insulin lispro human (HUMALOG/ADMELOG) Inj Vial 1-5 Units | 1-5 Units | Subcutaneous | DAILY INSULIN at 2200 | Chandler, Lisa Jane, MD |
| • insulin lispro human (HUMALOG/ADMELOG) Inj Vial 2 Units | 2 Units | Subcutaneous | TID WITH MEALS | Chandler, Lisa Jane, MD |
| • LORazepam (ATIVAN) Tab 0.5 mg | 0.5 mg | Oral | Q4H PRN | Baldwin, Emily, MD |
| • magnesium hydroxide (MILK OF MAGNESIA/M | 30 mL | Oral | BEDTIME PRN | Baldwin, Emily, MD |

| | | | | |
|---|---|---|---|---|
| OM) Oral Susp 30 mL | | | | |
| • risperiDONE ODT (risperDAL M-TAB) Solutab 1 mg | 1 mg | Oral | Q BEDTIME | Ramanathan, Anita S, MD |
| • traZODone (DESYREL) Tab 50 mg | 50 mg | Oral | BEDTIME PRN MAY REPEAT X 1 | Baldwin, Emily, MD |

I have reviewed and documented all current prescriptions, over-the-counter medications, herbals, vitamins, minerals and dietary supplements as of today's visit.

**REVIEW OF SYSTEMS:**
**ROS - Review of Systems (13):**
ROS
Gen - WDWN female
Neuro - none
Psych as above

**VITALS:**

Vitals:

| | 08/27/24 0800 |
|---|---|
| BP: | 154/75 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 97.4 °F (36.3 °C) |
| SpO2: | 98% |

**MENTAL STATUS EXAMINATION:**
**General Appearance:** appropriate.
**Muscle Strength and Tone:** No abnormalities noted
**Gait & Station**: Gait: unassisted and stable
**Mental Status Examination:**
**Orientation:**Fully oriented
**Speech:** pressured
**Language:** speaks English as a second language
**Affect:**: animated
**Mood:** elevated then upset and angry
**Suicidal ideation**: No
**Homicidal Ideation**: No

# Exhibit "S"

Start Risperdal 1mg po QHS

#Medical
# diabetes mellitus type 2 not on long term insulin-patient acknowledges history of diabetes however refuses treatment including insulin and oral medications. States that she manages her blood sugars were healthy lifestyle choices and Chinese medicine magnetic therapy.
-carbohydrate controlled diet
-hemoglobin A1c pending
-basal bundle insulin if patient will allow

# hypertension -patient denies any prior history of hypertension patient reports believes that hypertension was exacerbated by severe agitation in the emergency department
-blood pressure overall improved, goal blood pressure and diabetic would be systolic blood pressure of 130 or less patient declines to consider antihypertensive medications at this time.
-outpatient follow-up

# renal angiomyolipoma-incidental note on CT scan
-outpatient follow-up

# abdominal pain nausea and vomiting- patient reports onset of abdominal pain nausea and vomiting several days before her initial visit to the emergency department. Currently improved.
Noncontrast CT of the abdomen was without acute findings, UA and lab tests were unremarkable
-discussed with patient recommend if has persistence of symptoms should have outpatient colonoscopy ( is overdue for colonoscopy for routine screening anyway) and ultrasound of right upper quadrant to further evaluate gallbladder.

# indeterminate presence of adrenal nodule noted on noncontrast CT scan-outpatient follow-up for performance of scan with contrast to further delineate and confirmed presence

#Legal- 5150, consider 5250 on 8/29

#Dispo - TBD

Anita S Ramanathan, MD

**SIGNIFICANT LABORATORY FINDINGS:**

Glucose

| Date/Time | Value | Ref Range | Status |
|---|---|---|---|
| 08/26/2024 12:21 PM | [illegible] | 70 - 99 mg/dL | Final |

Sodium

| Date/Time | Value | Ref Range | Status |
|---|---|---|---|
| 08/26/2024 12:21 PM | 136 | 136 - 145 mmol/L | Final |

Potassium

| Date/Time | Value | Ref Range | Status |
|---|---|---|---|
| 08/26/2024 12:21 PM | 3.8 | 3.5 - 5.1 mmol/L | Final |

Chloride

| Date/Time | Value | Ref Range | Status |
|---|---|---|---|
| 08/26/2024 12:21 PM | 106 | 98 - 110 mmol/L | Final |

*Legal Copy
Sutter Health

ALTA BATES SUMMIT - ALTA BATES
2450 Ashby Avenue
Berkeley CA 94705-2067

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/26/2024, D/C: 8/27/2024

## 08/26/2024 - ED in Alta Bates Emergency (continued)

### Labs (continued)

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/26/24 2231 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 192 | 70 - 99 mg/dL | H ^ | ABL |

### LAB REFERENCE LABORATORY

**SARS-COV-2,QUAL,NAA [1976050489]** Resulted: 08/26/24 1428, Result status: Final result

Ordering provider: Hanna, Abanoub Paul Sameh, MD 08/26/24 1207 Resulting lab: ALTA BATES CAMPUS LABORATORY

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Nasal (in transport media) | Nasal (in transport media) | 08/26/24 1310 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-COV-2, NAA | Not Detected | Not Detected | — | ABL |

Comment:
Negative results do not exclude the possibility of infection. Interpretation of all results must include clinical evaluation of the patient and other diagnostic procedures.

This test was performed by Cepheid Xpert Xpress Nucleic Acid Amplification (PCR) methodology.
This lab test is currently reviewed by the FDA under Emergency Use Authorization (EUA).
A patient Fact sheet is available here:
https:/www.fda.gov/media/158404/download

# End of Report

'Legal Copy

Sutter Health

ALTA BATES SUMMIT - HERRICK
2001 Dwight Way
Berkeley CA 94704

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/27/2024, D/C: 8/29/2024

## 08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult (continued)

**Labs (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Free T4 | 1.00 | 0.70 - 1.48 ng/dL | — | ABL |

### LAB IMMUNOSEROLOGY

**RPR (DIAGNOSIS/SCREENING) W REFLEX TITER & CONFIRMATION [1976839703]** Resulted: 08/29/24 0133, Result status: Final result

Ordering provider: Baldwin, Emily, MD 08/27/24 2205 Resulting lab: SUTTER HEALTH SHARED LABORATORY

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Serum | Blood | 08/28/24 0015 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR | Non Reactive | Non Reactive | — | LV1 |

### LAB POC

GLUCOSE, POC [1976839688] (Abnormal) Resulted: 08/27/24 0839, Result status: Final result

Ordering provider: Priesman, Corey A, MD 08/27/24 0834 Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/27/24 0834 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 210 | 70 - 99 mg/dL | H ^ | LCAV) |

GLUCOSE, POC [1976839695] (Abnormal) Resulted: 08/27/24 1114, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/27/24 1110 Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/27/24 1110 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 235 | 70 - 99 mg/dL | H ^ | LCAV) |

GLUCOSE, POC [1976839700] (Abnormal) Resulted: 08/27/24 1654, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/27/24 1648 Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/27/24 1648 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 266 | 70 - 99 mg/dL | H ^ | LCAV) |

**08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult (continued)**

**Labs (continued)**

GLUCOSE, POC [1976839725] (Abnormal) — Resulted: 08/29/24 0136, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/27/24 2052 — Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/27/24 2052 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 303 | 70 - 99 mg/dL | H ^ | LCAV) |

GLUCOSE, POC [1976839727] (Abnormal) — Resulted: 08/29/24 0136, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/28/24 0734 — Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/28/24 0734 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 234 | 70 - 99 mg/dL | H ^ | LCAV) |

GLUCOSE, POC [1976839714] (Abnormal) — Resulted: 08/28/24 1128, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/28/24 1123 — Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/28/24 1123 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 254 | 70 - 99 mg/dL | H ^ | LCAV) |

GLUCOSE, POC [1976839717] (Abnormal) — Resulted: 08/28/24 1643, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/28/24 1634 — Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/28/24 1634 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 340 | 70 - 99 mg/dL | H ^ | LCAV) |

GLUCOSE, POC [1976839721] (Abnormal) — Resulted: 08/28/24 2027, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/28/24 2019 — Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|

**08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult (continued)**

**Labs (continued)**

| | | |
|---|---|---|
| Blood | — | 08/28/24 2019 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 287 | 70 - 99 mg/dL | H ^ | LCAV) |

GLUCOSE, POC [1976839730] (Abnormal) Resulted: 08/29/24 0744, Result status: Final result

Ordering provider: Ramanathan, Anita S, MD 08/29/24 0738 Resulting lab: HERRICK COMPREHENSIVE CANCER CENTER LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 08/29/24 0738 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, POC | 220 | 70 - 99 mg/dL | H ^ | LCAV) |

**Scans (group 1 of 2)**

**72 Hour Hold Patient Rights**

**Scan on 9/9/2024**

Clinical date/time: 9/9/2024 0000 User: Scan, Onbase Inf
Description: 5250 NOTICE OF CERTIFICATION - 5250 - 8/27/24 Status: Received
Service date/time: 9/9/2024 0000
Scan (below)

# Exhibit "T"

Legal Copy
Sutter Health

ALTA BATES SUMMIT - ALTA BATES
2450 Ashby Avenue
Berkeley CA 94705-2067

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/26/2024, D/C: 8/27/2024

## 08/26/2024 - ED in Alta Bates Emergency

### AMB Vitals Flowsheet

**Amb Prenatal Vitals - Mon August 26, 2024**

| Row Name | 1930 | 1755 | 1400 | 1230 | 1018 |
|---|---|---|---|---|---|
| FH/BP/WT | | | | | |
| BP | 157/65 | 168/78 | 166/77 | 171/76 | 168/90 SH |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| TP | Peng, Teresa, RN | Registered Nurse | Nursing | 08/26/2024 |
| AS | Stokes, Alexandria Jeanne Abbot, RN | Registered Nurse | Nursing | 08/26/2024 |
| SH | Hoyle, Sharon L, RN | Registered Nurse | Nursing | 08/26/2024 |

### Labs

**LAB CHEMISTRY**

COMPREHENSIVE METABOLIC PANEL W GFR [1976050482] (Abnormal) Resulted: 08/26/24 1344, Result status: Final result

Ordering provider: Easley, Dylan A, MD 08/26/24 1025 Resulting lab: ALTA BATES CAMPUS LABORATORY

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Serum | Blood | 08/26/24 1221 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 136 - 145 mmol/L | — | ABL |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | ABL |
| Chloride | 106 | 98 - 110 mmol/L | — | ABL |
| Comment: Note New Normal Range | | | | |
| CO2 (Bicarbonate) | 27 | 21 - 32 mmol/L | — | ABL |
| Anion Gap | 3 | 2 - 12 mmol/L | — | ABL |
| Comment: The Anion Gap calculation uses the American formula: (Na)-(Cl+CO2)=anion gap. There are other means of calculating anion gap that may yield a different value. Therefore, the clinical history of the patient should be considered when interpreting the anion gap value. A low Anion Gap result may be observed in patients with decreased albumin. Every 1.0 g/dL decrease in albumin causes an approximate decrease of 2.5 mmol/L in the measured Anion Gap. Interpret anion gap results in the context of the complete clinical history. | | | | |
| Glucose | 322 | 70 - 99 mg/dL | H ^ | ABL |
| BUN | 13 | 6 - 25 mg/dL | — | ABL |
| Creatinine | 0.91 | 0.40 - 1.00 mg/dL | — | ABL |
| Comment: IDMS-traceable method | | | | |
| Calcium | 9.1 | 8.2 - 10.2 mg/dL | — | ABL |
| Total Protein | 7.5 | 6.4 - 8.2 g/dL | — | ABL |
| Albumin | 3.8 | 3.2 - 4.7 g/dL | — | ABL |
| Total Bilirubin | 1.2 | 0.1 - 1.3 mg/dL | — | ABL |
| Alkaline Phosphatase | 108 | 26 - 137 U/L | — | ABL |
| AST | 9 | 0 - 37 U/L | — | ABL |
| ALT | 30 | 0 - 60 U/L | — | ABL |
| Ionized Calcium Calc | 0.99 | 0.88 - 1.05 mmol/L | — | ABL |
| Osmolality Calc,Serum | 284 | 275 - 290 mOsm/kg | — | ABL |
| eGFR | 72 | >60 See Cmnt | — | ABL |

Legal Copy
Sutter Health

ALTA BATES SUMMIT - HERRICK
2001 Dwight Way
Berkeley CA 94704

Feng, Yvonne Ya-Wen
MRN: 67348402, DOB: 11/27/1962, Legal Sex: F
Adm: 8/27/2024, D/C: 8/29/2024

**08/27/2024 - Admission (Discharged) in ABSMC Psych 3EA Adult**

**AMB Vitals Flowsheet**

**Amb Prenatal Vitals - Thu August 29, 2024**

| Row Name | 0800 |
|---|---|
| FH/BP/WT | |
| BP | 145/80 |

**Amb Prenatal Vitals - Wed August 28, 2024**

| Row Name | 1612 | 0807 |
|---|---|---|
| FH/BP/WT | | |
| BP | 120/74 | 169/89 |

**Amb Prenatal Vitals - Tue August 27, 2024**

| Row Name | 1630 | 0800 | 0600 | 0230 | 0100 |
|---|---|---|---|---|---|
| FH/BP/WT | | | | | |
| BP | 150/91 ! AA | 154/75 SE | 168/97 ! AA | 173/91 ! SS | 206/85 ! AO |
| Weight | — | — | — | — | 53.1 kg (117 lb 1.6 oz) AO |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline | Dates Documented |
|---|---|---|---|---|
| KG | Graham, Karen, RN | Registered Nurse | Nursing | 08/28/2024 |
| WT | Tiller, William M | Others | TECH | 08/29/2024 |
| AA | Adetona, Adedayo | Others | TECH | 08/27/2024, 08/28/2024 |
| SS | Siders, Stacy, RN | Registered Nurse | Nursing | 08/27/2024 |
| SE | Earnest, Stephen | Others | TECH | 08/27/2024 |
| AO | Ogunkanmi, Abiodun, RN | Registered Nurse | Nursing | 08/27/2024 |

**Labs**

**LAB CHEMISTRY**

**HEMOGLOBIN A1C [1976839686] (Abnormal)** Resulted: 08/28/24 1609, Result status: Final result

Ordering provider: Chandler, Lisa Jane, MD 08/27/24 0824 Resulting lab: SUTTER HEALTH SHARED LABORATORY

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/28/24 0015 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1c | 9.8 | 4.0 - 5.6 % | H ^ | LV1 |
| Average Glucose | 235 | mg/dL | — | LV1 |

Comment:

Hemoglobin A1c
5.7-6.4% Increased Risk of diabetes mellitus
> or = 6.5% Consistent with diabetes mellitus

ADA Therapeutic goal <7% HbA1c
Additional action suggested >8% HbA1c
Immediate action suggested >10% HbA1c

Estimated average glucose is calculated using the equation eAG = (28.7 x HbA1c) - 46.7

# Exhibit "U"

Sutter Health

2450 Ashby Avenue
Berkeley, CA 94705

March 21, 2025

Ms. Yvonne Feng
379 8th Street Apt. 108
Oakland, CA 94607
Email: yvonnefengaah@gmail.com

Dear Ms. Feng:

I am writing you in response to the concerns you expressed related to your August 27, 2024 Emergency Department visit at Alta Bates Summit Medical Center.

The Emergency Department Medical Directors reviewed the concerns you identified and your medical records. The Medical Directors revealed the Emergency Department Physicians are permitted to place patients on psychiatric holds (5150). Since the physicians have completed the required training, the presence of law enforcement is not necessary.

As for your medical records, Health Information Services is the department that processes patient medical records requests. You may contact them directly at (510) 204-1440.

On behalf of Sutter Health, we apologize for your experience. With this letter dated March 21, 2025, our grievance process is complete. We hope to assure you we have taken your concerns seriously. If you have any further questions, please do not hesitate to contact me at (510) 204-4689.

Sincerely,

Mia Boggs
Grievances and Appeals Specialist

# Exhibit "V"

If yes, was patient given a Smoking Cessation Handout? ☐ YES ☐ NO ☒ N/A

For patients who smoke, a smoking cessation pamphlet and the following counseling on smoking cessation was provided:

**A. Strategies to help with Quitting**

**B. Recognizing Dangerous situations and Triggers**

**C. Coping skills to help manage stress**

**The phone number 1-800-NOBUTTS** will be given to patients on discharge as a resource for quitting smoking.

Electronically signed by Ogunkanmi, Abiodun, RN at 08/27/24 0142

**Behavioral Health Note by Ogunkanmi, Abiodun, RN at 8/27/2024 0142**

Yvonne Ya-Wen Feng requires a medical bed for the following reasons:

☒ Fall risk (Patients receiving psychotropic medications are a fall risk)
☐ Need for specialty mattress
☐ Risk for pressure injury
☐ Need for positioning
☐ Patient with mobility deficits
☐ Medical diagnosis (i.e. Seizures, Parkinson, Cardiac Conditions and Respiratory Conditions)

Note that an MD order is required for a medical bed
☒ Provider order for medical bed present
☒ Requested an order from the provider for a medical bed

Abiodun Ogunkanmi, RN 8/27/2024 01:43

Electronically signed by Ogunkanmi, Abiodun, RN at 08/27/24 0143

**Orders (continued)**

released) 8/27/2024 1:03 AM

**ONE TIME COMPLETEABLE NURSING ORDER (Active) [1976752249]**

Electronically signed by: **Baldwin, Emily, MD on 08/27/24 1134**
Status: **Active**
Mode: Ordering in Telephone mode
Ordering user: Adona, Maria Teresa N, RN 08/27/24 0103
Authorized by: Baldwin, Emily, MD
Frequency: Routine 1 Time 08/27/24 0101 - 1 occurrence
Quantity: 1

Communicated by: Adona, Maria Teresa N, RN
Ordering provider: Baldwin, Emily, MD
Ordering mode: Telephone
Class: IP Performed
Instance released by: Adona, Maria Teresa N, RN (auto-released) 8/27/2024 1:03 AM

**Questionnaire**

| Question | Answer |
|---|---|
| What is the completeable nursing task | Medical Bed |

Order comments: Admit to medical bed. Patient may be Fall Risk.

**Nursing Continuous**

**NOTIFY (Active) [1976752279]**

Electronically signed by: **Chandler, Lisa Jane, MD on 08/27/24 0824**
Status: **Active**
Ordering user: Chandler, Lisa Jane, MD 08/27/24 0824
Authorized by: Chandler, Lisa Jane, MD
Frequency: Routine 1 Time 08/27/24 0825 - 1 occurrence
Quantity: 1

Ordering provider: Chandler, Lisa Jane, MD
Ordering mode: Standard
Class: IP Performed
Instance released by: Chandler, Lisa Jane, MD (auto-released) 8/27/2024 8:24 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Notify Provider | Medical Team |

Order comments: Hypoglycemia (blood glucose less than 70 mg/dL) 1.TREAT FIRST (if patient has no symptoms of hypoglycemia, immediately recheck BG from alternate site within 5 minutes) 2. RE-CHECK BG 15-30 minutes after treatment, re-treat until BG above 80 mg/dL and patient asymptomatic 3. NOTIFY PROVIDER to evaluate cause and prevent further hypoglycemia. If patient NPO, ask provider to consider ordering IV dextrose infusion. If patient has PO diet, give 15 gram carb snack if meal is more than 30 minutes away.

**TEACH (Active) [1976839685]**

Electronically signed by: **Chandler, Lisa Jane, MD on 08/27/24 0824**
Status: **Active**
Ordering user: Chandler, Lisa Jane, MD 08/27/24 0824
Authorized by: Chandler, Lisa Jane, MD
Frequency: Routine As Specified 08/27/24 0825 - Until Specified
Quantity: 1

Ordering provider: Chandler, Lisa Jane, MD
Ordering mode: Standard
Class: IP Performed
Instance released by: Chandler, Lisa Jane, MD (auto-released) 8/27/2024 8:24 AM

Order comments: Regarding home blood glucose testing, diabetes medication safety and self care.

**PATIENT ACTIVITY (Active) [1976752245]**

Electronically signed by: **Baldwin, Emily, MD on 08/27/24 1134**
Status: **Active**
Mode: Ordering in Telephone mode
Ordering user: Adona, Maria Teresa N, RN 08/27/24 0103
Authorized by: Baldwin, Emily, MD
Frequency: Routine Continuous 08/27/24 0057 - Until Specified
Quantity: 1

Communicated by: Adona, Maria Teresa N, RN
Ordering provider: Baldwin, Emily, MD
Ordering mode: Telephone
Class: IP Performed
Instance released by: Adona, Maria Teresa N, RN (auto-released) 8/27/2024 1:03 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Activity | Full Activity on Unit |

**Exhibit "W"**

Sutte[redacted]lth

For billing inquiries, please contact us at 855-398-1633.
Office hours Monday through Friday 7:00 AM to 5:00 PM.
You may email us at S3ContactCenterCBO@sutterhealth.org.

Services Provided at:
Alta Bates Summit - Herrick
PO BOX 276108
Sacramento, CA 95827-6108

| Patient Name | Patient Account # |
|---|---|
| Feng,Yvonne Ya-Wen | 308584853 |

| Date of Bill | Admit Date | Discharge Date |
|---|---|---|
| 03/28/25 | 08/26/24 | 08/29/24 |

Yvonne Ya-Wen Feng
379 8th st apt 108
OAKLAND, CA 94607

| Insurance Company |
|---|
| Medi-Cal - BH Medi-Cal |

**Charges**

| Svc Date | Rev Code | CPT(R)/HCPCS Code | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 08/26/2024 | 0301 | 80053 | 42000004 | HCHG COMPREHENSIVE METABOLIC PANEL | 1 | 419.00 |
| 08/26/2024 | 0301 | 82077 | 42100012 | HCHG ALCOHOLS BLOOD | 1 | 458.00 |
| 08/26/2024 | 0301 | 82947 | 41050006 | HCHG POCT GLUCOSE | 1 | 109.00 |
| 08/26/2024 | 0305 | 85025 | 43000009 | HCHG CBC AUTOMATED W/ AUTOMATED DIFFERENTIAL | 1 | 203.00 |
| 08/26/2024 | 0306 | 87635 | 46000249 | HCHG IADNA SARS-COV-2 COVID-19 AMP PROBE TQ | 1 | 157.00 |
| 08/26/2024 | 0450 | Z7502 | 55000012 | HCHG ED LEVEL 5 | 1 | 7,246.00 |
| 08/27/2024 | 0124 | | 10000006 | HCHG ROOM BEHAVIORAL HEALTH | 1 | 3,366.00 |
| 08/27/2024 | 0430 | 97150 | 17200512 | HCHG OT GROUP THERAPY | 1 | 204.00 |
| 08/27/2024 | 0434 | 97165 | 17000572 | HCHG OT EVAL LOW COMPLEXITY | 1 | 479.00 |
| 08/28/2024 | 0124 | | 10000006 | HCHG ROOM BEHAVIORAL HEALTH | 1 | 3,366.00 |
| 08/28/2024 | 0301 | 80061 | 42000006 | HCHG LIPID PANEL | 1 | 335.00 |
| 08/28/2024 | 0301 | 83036 | 40900283 | HCHG CORE HEMOGLOBIN GLYCOSYLTD A1C | 1 | 178.00 |
| 08/28/2024 | 0301 | 84439 | 42100452 | HCHG FREE T4 | 1 | 208.00 |
| 08/28/2024 | 0301 | 84443 | 42100454 | HCHG TSH | 1 | 266.00 |
| 08/28/2024 | 0302 | 86592 | 40900182 | HCHG CORE RPR NON-TREPNML AB QL | 1 | 89.00 |
| 08/28/2024 | 0430 | 97150 | 17200512 | HCHG OT GROUP THERAPY | 3 | 612.00 |
| | | | | **Total Charges** | | **17,695.00** |

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 10/8/2024 | Medi-Cal Pmt Insurance | (3,501.98) |
| 9/18/2024 | Medi-Cal Adj W/O Unbillable Charge (Ins) HB | (479.00) |
| 10/8/2024 | Medi-Cal Adj Contractual (Ins) | (5,122.02) |
| 3/7/2025 | Medi-Cal Adj Contractual (Ins) Manual HB | (8,592.00) |
| | **Total Insurance Payments and Adjustments** | **(17,695.00)** |

**Summary of Account**

**Charges**

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.

Sutter Health

| Patient Name | Patient Acct # | Date of Bill |
|---|---|---|
| Feng,Yvonne Ya-Wen | 308584853 | 03/28/25 |

| Rev Code | Description | Amount |
|---|---|---|
| 0120 | Room & Board - Semi-Private Two Bed (Medical or General) - General Classification | 6,732.00 |
| 0300 | Laboratory - General Classification | 2,422.00 |
| 0430 | Occupational Therapy - General Classification | 1,295.00 |
| 0450 | Emergency Room - General Classification | 7,246.00 |

**Total Charges: $17,695.00**

**Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 10/8/2024 | Medi-Cal Pmt Insurance | (3,501.98) |
| 9/18/2024 | Medi-Cal Adj W/O Unbillable Charge (Ins) HB | (479.00) |
| 10/8/2024 | Medi-Cal Adj Contractual (Ins) | (5,122.02) |
| 3/7/2025 | Medi-Cal Adj Contractual (Ins) Manual HB | (8,592.00) |
| | **Total Insurance Payments and Adjustments** | **(17,695.00)** |

**Current Balance: $0.00**

Please refer to hospital account numbers for all inquiries and correspondence. This detail bill reflects charges, payments, and adjustments posted on this hospital account as of the date this detail was printed.

# Exhibit "X"

MAKE CHECKS PAYABLE TO:

**BERKELEY EMERGENCY MED GRP INC**
PO BOX 920139
DALLAS, TX 75392-0139

HOURS: Mon – Fri 8:00 AM - Noon
1:00 PM to 5:00 PM, P.S.T.

Pay online at https://www.patientonlinepay.com

Pay by phone: 909-667-7986 24 Hours a Day

Scan QR code or pay at ppaya.com/paynow

| CLIENT | ACCOUNT NUMBER | DUE DATE | ACCOUNT BALANCE |
|---|---|---|---|
| 007 | 12391623 | 10/6/2024 | $940.00 |

A SERVICE FEE WILL BE CHARGED FOR ANY CHECK RETURNED UNPAID

Mondays and Tuesdays are our high call volume days. Please feel free to call our office during our low volume days Wednesday through Friday.

Questions regarding your bill? Call:888-700-0215

ADDRESSEE:

EGQ0916A *** 7000013131 00.0043.0306 12975/1
12975 1 AB 0.593 *** AUTO ALL FOR AADC 945

YVONNE FENG
379 8TH ST APT 108
OAKLAND CA 94607-4250

REMIT TO:

BERKELEY EMERGENCY MED GRP,INC
PO BOX 920139
DALLAS TX 75392-0139

007000012391623090820240000000940005

PLEASE CHECK BOX IF ADDRESS OR INSURANCE HAS CHANGED, INDICATE CHANGE(S) ON REVERSE SIDE.
DETACH AND RETURN WITH PAYMENT

**STATEMENT**

Payments for less than full balance shall not constitute payment in full.
Please remit payment to PO BOX 920139, DALLAS TX 75392-0139

Email us at: patient@patientonlinepay.com For Billing Inquiries Call: 888-700-0215

Unless this bill is paid in full by the due date, the provider reserves the right to seek all available insurance coverage and sources to expedite payment.

| CLIENT | ACCOUNT NO. | STATEMENT DATE | PATIENT NAME | TAX ID NO. | DATE OF LAST PAYMENT |
|---|---|---|---|---|---|
| 007 | 12391623 | 09/08/24 | YVONNE YA-WEN FENG | 943226120 | |

| DATE | RP | PS | EXAM CODE | SERVICE DESCRIPTION | DIAGNOSIS CODE | CHARGE AMOUNT |
|---|---|---|---|---|---|---|
| 08/26/2024 | | | 99285 | EMERGENCY DEPT VISIT, LEVEL 5 | R10.12 | $940.00 |

***IMPORTANT NOTICE - PAYMENT IS DUE IN FULL UPON THE RECEIPT OF THIS STATEMENT. If you are unable to pay in full, you are welcome to contact our office and request a payment plan. If a payment plan was previously arranged and your balance has increased, please contact our office to request an updated payment plan. Partial payments for less than the agreed upon amount will not extend the delinquency date of your account. Any balance remaining on a delinquent account will automatically be assigned to a collection agency.***

To pay online go to https://www.patientonlinepay.com. Log in using the Client, Account Number and patient's date of birth.

You are responsible for the balance due.

If you have received a statement for which you have recently sent a check payment, please be aware that due to the recent Change Healthcare event, receipt and posting of check payments has been significantly delayed. We ask that you allow additional time for these payments to be received and posted to your account. As a courtesy, we have paused all further collection activity on patient accounts until these delays have been resolved.

| CURRENT MONTH | OVER 1 MONTH | OVER 2 MONTHS | | ACCOUNT BALANCE |
|---|---|---|---|---|
| $940.00 | $0.00 | $0.00 | 10/6/2024 | |

RP RENDERING PROVIDERS
1 - CHRISTOPHER WU MD
2 -
3 -
4 -

PS PLACES OF SERVICE
EMERGENCY MEDICINE
ABS MED CTR-SUMMIT CAMPUS

**$940.00**
PAGE 1 of 1

**If you are uninsured or have high medical bills, you may qualify for a discount. See reverse for details.**

BERKELEY EMERGENCY MED GRP INC PRIMARY INS: MEDICAID/MEDI-CAL

OFFICE HOURS: Mon – Fri 8:00 AM - Noon
1:00 PM to 5:00 PM, P.S.T.

FOR BILLING INQUIRIES CALL:888-700-0215

THIS DOCUMENT CONTAINS PROTECTED HEALTH CARE INFORMATION AND IS SUBJECT TO PRIVACY REGULATIONS PURSUANT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL DOCUMENT TO US AT THE ADDRESS LISTED BELOW, VIA U.S. POSTAL SERVICE. THANK YOU FOR YOUR COOPERATION. FOR MORE INFORMATION REGARDING YOUR PRIVACY RIGHTS, PLEASE WRITE TO: COMPLIANCE MANAGER, P.O. BOX 661295, ARCADIA, CALIFORNIA, 91066-1295.