UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE YA-WEN FENG,<br><br>  Plaintiff,<br><br>  v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER, et al.,<br><br>  Defendants. | Case No. 25-cv-06598-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Yvonne Ya-Wen Feng v. Robert K. Tripp*, No. 24-cv-07539-JST.

**IT IS SO ORDERED.**

Dated: August 22, 2025



WILLIAM H. ORRICK
United States District Judge